1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   JENNIFER S. WANG (CSBN 233155)
    Assistant United States Attorney

4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102-3495
    Telephone: (415) 436-6967
6   Facsimile:  (415) 436-6748
    Email:  jennifer.s.wang@usdoj.gov
7
    Attorneys for Federal Defendant
8   United States Postal Service

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  MINNIE L. ESPINO,                        )
                                             )   CASE NO. C
13                Plaintiff,                  )
                                             )
14      v.                                   )   **NOTICE OF REMOVAL**
                                             )
15  UNITED STATES POSTAL SERVICE,[1]         )                                **BZ**
                                             )
16                Defendant.                 )
                                             )
    ─────────────────────────────────────────

17
18      TO:    Clerk, Superior Court
               County of Alameda
19             1225 Fallon Street
               Oakland, California 94612

20             Minnie L. Espino
               720 Solano Avenue
21             Albany, California 94706

22      PLEASE TAKE NOTICE that on this day Case No. RG07339743 pending in the Alameda

23  County Superior Court is being removed to the United States District Court for the Northern District

24  of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1442(a)(1), 1339 and 39 U.S.C. § 409(a) on

25  behalf of federal defendant United States Postal Service.  Upon direction by the Attorney General of

26

27      [1]   The Defendant has been changed in the caption from "Delivery Program, Bay Valley
    District, Legal Division" to the United States Postal Service.
28

    NOTICE OF REMOVAL
    Espino v. US Postal Service              1

1   the United States, the undersigned attorneys hereby present the following facts to the Judges of the

2   United States District Court for the Northern District of California.

3       1. On August 8, 2007, plaintiff Minnie L. Espino filed a personal injury complaint in the

4   Alameda County Superior Court seeking damages from "Delivery Program, Bay Valley District Legal

5   Division." Plaintiff is apparently suing two postal offices: the Delivery Programs office in Oakland,

6   California and the Law Department in St. Louis, Missouri. These offices are part of the U.S. Postal

7   Service. Plaintiff's suit arises out of an injury she allegedly sustained on November 7, 2006 in the

8   Civil Center Post Office in Oakland, California.

9       2. On or about August 9, 2007, the Postal Service received a copy of the Summons and

10  Complaint. Copies of the Summons, Complaint, and Civil Case Cover Sheet are attached as Exhibit

11  A pursuant to 28 U.S.C. § l446(a), which constitute the only process, pleading, or order which have

12  been received. No trial has been had in this action.

13      3. This action must be removed to federal district court because it is a tort action against the

14  Postal Service, an agency of the United States. This action must also be removed to federal district

15  court because it involves a federal question. Original jurisdiction lies in a federal forum under 28

16  U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States),

17  under 28 U.S.C. § 1339 (civil actions relating to the postal service), and other applicable authorities,

18  including, but not limited to, the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq., and 39

19  U.S.C. § 409(c).

20      4. A copy of this Notice is being filed with the Clerk of the Alameda County Superior Court.

21  That filing will automatically effect the removal of the action described above, in its entirety to this

22  Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

23                          Respectfully submitted,

24                          SCOTT N. SCHOOLS
                            United States Attorney
25

26  DATED: September 10 , 2007      By:

27                          JENNIFER S. WANG
                            Assistant United States Attorney
28

NOTICE OF REMOVAL
Espino v. US Postal Service                    2

**EXHIBIT A**

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

RECEIVED
AUG 1 0 2007
ST. LOUIS LAW OFFICE

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

AUG - 8 2007

CLERK OF THE SUPERIOR COURT
By BARBARA LAMOTTE
Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Delivery Program, Bay Valley District, Legal Division
1675 7th Street, Room 125 M
Oakland, California 94615-9331

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Minnie L. Espino

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
1225 Fallon Street
Oakland, California 94612

CASE NUMBER *(Número del Caso):* **07 339 743**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Minnie L. Espino
720 Solano Ave, Albany, California 94706

Executive Officer/Clerk of the Superior Court

| DATE: AUG - 8 2007 *(Fecha)* | PAT S. SWEETEN Clerk, by *(Secretario)* | BARBARA LAMOTTE , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[✓] CCP 416.40 (association or partnership)    [✓] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [X] by personal delivery on *(date):* 0869707

AUG 9 2007

**EXHIBIT A**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code §§ 412.20, 465
Page 1 of 1
USCourtForm.com

AUG. 17. 2007    6:54AM

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Minnie L. Espino<br>720 Solano Ave<br>Albany, California 94706<br><br>TELEPHONE NO.: (510) 528-4299    FAX NO.:<br>ATTORNEY FOR (Name): | **ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br><br>AUG - 8 2007<br><br>CLERK OF THE SUPERIOR COURT<br>By  BARBARA LAMOTTE<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
· STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Rene C. Davis Court House

CASE NAME:
·Espino Vs Delivery Progrom, Bay Valley District Legal , St. Louis, Mo.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| ☐ Unlimited  ☑ Limited<br>(Amount        (Amount<br>demanded    demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☑ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | NG 07339743 |
| | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property**<br>**Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☑ Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35)<br>**Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37)<br>**Real Property**<br>☐ Eminent domain/inverse<br>condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26)<br>**Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☑ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41)<br>**Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint (not specified above) (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition (not specified above) (43) |

2. This case ☑ is  ☐ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☑ Large number of separately represented parties      d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve            in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence           f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive

4. Number of causes of action (specify):  Four (4)

5. This case ☐ is  ☑ is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: August 07, 2007

Minnie L. Espino
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all
  other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]        **CIVIL CASE COVER SHEET**        Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
                                                                Cal. Standards of Judicial Administration, std. 3.10
                                                                www.courtinfo.ca.gov
                                                                American LegalNet, Inc.
                                                                www.FormsWorkflow.com



*5883502*

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Minnie L. Espino
720 Solano Ave.
Albany, California 94706

TELEPHONE NO: (510) 528-4299    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**FILED**
ALAMEDA COUNTY

AUG - 8 2007

CLERK OF THE SUPERIOR COURT
By _____ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 74612
BRANCH NAME: Rene C. Davis Court House

PLAINTIFF: Minnie L. Espino

DEFENDANT: Delivery Program

☑ DOES 1 TO  12

**SUMMONS ISSUED**

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*
Type *(check all that apply):*
☐ **MOTOR VEHICLE**    ☐ **OTHER** *(specify):*
☐ **Property Damage**    ☐ **Wrongful Death**
☑ **Personal Injury**    ☑ **Other Damages** *(specify):* Pain and Sufferi

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE** | |
| Amount demanded ☐ does not exceed $10,000 | |
| ☐ exceeds $10,000, but does not exceed $25,000 | RG 07339743 |
| ☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)** | |
| ☐ **ACTION IS RECLASSIFIED** by this amended complaint | |
| ☐ from limited to unlimited | |
| ☐ from unlimited to limited | |

1. **Plaintiff** *(name or names):* Minnie L. Espino
alleges causes of action against **defendant** *(name or names):*
Bay Delivery Programs, Bay Valley District
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Espino Vs Bay Delivery, Bay valley Programs | |

4. ☐ Plaintiff *(name):*
    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☑ **except** defendant *(name):* Bay Delivery Program  c. ☐ **except** defendant *(name):*
    (1) ☑ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☑ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*    (3) ☐ an unincorporated entity *(describe):*

    (4) ☑ a public entity *(describe):*    (4) ☐ a public entity *(describe):*
    Post Office Delivery Program
    (5) ☑ other *(specify):*    (5) ☐ other *(specify):*

    Postal Legal Division , St. Louis, Mo.

  b. ☐ **except** defendant *(name):*  d. ☐ **except** defendant *(name):*
    (1) ☑ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☑ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*    (3) ☐ an unincorporated entity *(describe):*

    (4) ☑ a public entity *(describe):*    (4) ☐ a public entity *(describe):*
    Post Office
    (5) ☑ other *(specify):*    (5) ☐ other *(specify):*
    Legal Division , St. Louis, Mo.

  ☐ · Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 1-6      were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 6-12      are persons whose capacities are unknown to
    plaintiff.

7. ☑ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

    Delivery Program, Bay Valley District Legal Division in St. Louis, Mo.

8. This court is the proper court because
  a. ☑ at least one defendant now resides in its jurisdictional area.
  b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☑ other *(specify):*
    Premises located at 201 13th Street, Oakland, California 94612

9. ☑ Plaintiff is required to comply with a claims statute, **and**
  a. ☑ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

---

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Espino Vs Bay Delivery, Bay valley Programs | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☑ Other *(specify):*

   Medical Cost/Expenses

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify):*

   Pain and Suffering and Punitive Damages.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   Page of the complaint, Paragraph four (4) , line 5-10

Date: August 07, 2007

Minnie L. Espino
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**Minnie L. Espino**
720 Solano Avenue
Albany, Ca 94706
(510) 528-4299

# SUPERIOR COURT, STATE OF CALIFORNIA
# COUNTY OF ALAMEDA

**Minnie L. Espino, Plaintiff**
    **Vs**
**Delivery Program, Defendants'**
**Bay Valley District**

**Subject Matter:**
**An Administrative Tort to Form 95 submitted to this court as**
**Respondeat Superior**

                          **August 02, 2007**
                          **Hearing Date:**
                          **Dept:**

Plaintiff Minnie L. Espino, bring this action in this Court as a
subject matter unlimited action, due to an administrative Writ to 42
USC and CCP 1095 to a  Real Party in interest, Cited to Thomas
VS. Sports Chalet  to 42 CCC 625, and 628  that is not in Plaintiff
Possession.
Plaintiff Submitted  Defendants' Claim form 95 for Treatment and
Damage to The Delivery Program, Bay Valley District for
$20,000.00 for an Injury sustained on November 20, 2006, on the
premises of the Post Office inside stairway, located at 201 13th
Street, Oakland, Ca, 94604.
On November 07, 2006, Plaintiff received an Acceptance Letter
from Defendants', to a Tort Claim Number 070065.
On January 22, 2007, Plaintiff was notified that the $20,000.00
Tort Claim was invalid because it did not state a Sum Certain.
A second Form 95, was submitted with a Sum Certain amount of
$100,000.00,  This Principal  requires a Corrective Amount for

Treatment and Damages.

**Plaintiff submitted a Claim to Defendants' November 20, 2006, as the result of the following Negligence.**

1. Defendants' did not have Safety Tape Grips on the Marble Stair Steps, and did not remove the Slippery Yellow Plastic that covered the handrail.

2. ***Defendants' failed to notify the Public that the handrails was defective***

3. **(No Caution or Warning Signs Was Posted at the Top of the Stairways, near the Handrails or Steps.)**

4. The handrails had a plastic movable slippery cover over it, that slide which causes unbalances contact using the handrails walking down the stairways.

5. On November 20, 2006, the day of the accident, Plaintiff was exercising proper care by using the Hand Rails for support while walking down the stairways from the second floor to the Lobby Area.

Plaintiff was wearing a Yellow pair of Converse Shoes and was using the handrails, taking one step at a time.

Before Plaintiff reached the last (2) two steps at the bend of the stairways steps the tape on the handrails made Plaintiff loose Hand and Foot Grip.

Both Feet went Airborne over the last (2) Two steps at the bottom of the stairways.

Plaintiff tried to break the fall with the left hand.

Plaintiff left Ankle landed on the edge of the bottom Marble Step, that was very painful, after five minutes of severe pain, the feeling in the Ankle went Numb, and the Ankle began Swelling with a huge Contusion.

The accident was reported immediate to the Post Office Supervisor (Mina,) who took photos' of the Injury and requested that Plaintiffs get urgent Emergency Treatment.

Plaintiffs was offered emergency medical transportation.

Plaintiff was taken to Alta Bates/Summit Hospital Triage Unit by a friend the same day of the accident.

Plaintiff had to wear a Soft Cast Splint and use Crutches for Six (6) weeks.

1

2    The injury was very painful, and the feeling did not return until the
3    next day.
     After the first few days, Plaintiff (Right) Shoulder began Ache with
4    pain.

5

6    **Respectfully Submitted**
7                              Minnie L. Espino

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

23



1

2  **Minnie L. Espino**
   720 Solano Avenue
3  Albany, Ca 94706
4  (510) 528-4299

5                                            **August 02, 2007**

6       **SUPERIOR COURT, STATE OF CALIFORNIA**
7                **COUNTY OF ALAMEDA**

8

9   **MEMORANDUM OF POINT AND AUTHORITY TO**
    **SUPPORT PLAINTIFF ACTION RESPONDEAT**
10  **SUPERIOR TORT LIABLITY**

11
    **This Action is filed in this Court to Restatement Tort**
12  **Liabilities,  Sections 470 and 472, liabilities of principals and**
13  **Agencies.**
    Plaintiff sustained an injury on November 20, 2006, on the
14  premises of the Post Office, located at 201 13th Street in Oakland,
15  Ca 94604.

16
    A claim was submitted to Defendants', Delivery Program, located
17  at 1675 7th Street in Oakland, California for $20,000.00 for
18  treatment and damages.
    The Claim was returned as INVALID for lack of a Sum Certain.
19  A second Tort Claim form 95,was mailed to Plaintiff who return
20  the Tort Liability form for $100,000.00 that was accepted with a
    claim #070065, that requires a corrective amount.
21

22  On July 12, 2007, Plaintiff was contacted by telephone from
23  Defendants' legal division in St Louis, Missouri, that was
    unknown to Plaintiff.
24  Plaintiff object to answering legal questing on the telephone to
25  Defendants' unknown legal party because, Plaintiff did not
    receive written notification of the legal involvement to this matter.
26  On July 18, 2007, Plaintiff was mailed two letters, one certified
27  and the other regular mail with the **filed # NT200725347**, after
    objecting to Defendants' verbal legal questioning over telephone.
28  Medical reports were mail from Summit Hospital with the

1

2   $100,000.00 claim.

3   After Objecting to Defendants telephone questioning without
  notification, the Legal Division in St Louis, Missouri denied

4   Plaintiff claim for Future     reconsideration.

5

  The Legal Division in St Louis, Missouri is out of area that is

6   expensive to litigate and inconvience for an injury that was

7   sustained in this county and state.

8   **Respectfully Submitted**

9                    **Minnie L. Espino**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   **Minnie L. Espino**
3   720 Solano Avenue
    Albany, Ca 94706
4   (510)-528-4299

5

6   ## SUPREIOR COURT, STATE OF CALIFORNIA
    ## COUNTY OF ALAMEDA

7

8   **Minnie L. Espino, Plaintiff**
            **Vs**
9   Delivery Program
10  **Bay Valley District, Defendants'**

                                    **August 02, 2007**
11
                    **DECLARATION**
12  I Minnie L. Espino, states that I am the Plaintiff in this
13  matter.
14  I am not a certified Attorney experience in Tort Liability
    Proceeding.
15  The subject matter : "Respondeat Superior" for Tort
16  Liability  to Form 95, An Administrative Tort Claim.
17  Plaintiff was injured November 20, 2006, on the inside
    stairways of the Post Office, located at: 201 13th Street in
18  Oakland, California 94604.
19  Plaintiff received an acknowledgement letter, December
20  07, 2006 for a submitted accepted claim to form 95 for
21  treatment and Damages on claim number 070065.
22  The original claim was submitted for $ 20,000.00 dollars
    that was returned invalid for lack of a :Sum Certain."
23  Plaintiff was sent a second form 95, that was submitted for
24  $100,000.00 that requires a Corrective Principal Amount.
25  I Declare under Penalty or Perjury that the statement is true
    and correct to the best of my knowledge.
26

27  **Respectfully Submitted,** *Minnie Espino*
28                        **Minnie L. Espino**



| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: DELIVERY PROGRAMS SUPPORT  U S POSTAL SERVICE  OAKLAND DISTRICT  1675 7th ST RM 125-M  OAKLAND CA 94615-9331 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)  Minnie L. Espriao  720 Solano Ave  Albany, CA 94706 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS Divorce | 6. DATE AND DAY OF ACCIDENT Monday, November 20, 2006 | 7. TIME (A.M. OR P.M.) 11am |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

Monday, November 20, 2006, I was coming Down Stairs From the Second Floor of the Civic Center Post office. The Hand Rail was slippery And Sprayed with yellow tape, Causing my Hand To slip And Loose my Step. My Left Ankle was Injured on the Marble Steps Severely. I went to Summit Hospital the Same Day.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Claimant Minnie L. Espriao

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.) THE Marble Steps At the Civic Center Post office Indoors, Does Not Have Grip tape AND is Slippery or Slick

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

My Left Ankle was Severely Injured.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) | |
| Matthew Washington | 726 Solano Ave  Albany, Calz. 94706 | |

| 12. (See Instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE Injured Ankle Medical Treatment | 12b. PERSONAL INJURY Unending PC throughout $20,000. | 12c. WRONGFUL DEATH N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side.) Minnie Espriao | 13b. Phone number of signatory (510) 528-4299 | 14. DATE OF CLAIM 11/20/06 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM  The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS  Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**Medical Center**
Summit Campus

DATE: 11/20/06

| IV SITE | | GA: | TIME | ☐ FIELD START INITIALS | MEDICATIONS/DOSE | TIME | ROUTE | SITE | RESP- ONSE | INIT. |
|---|---|---|---|---|---|---|---|---|---|---|
| IV SITE | | GA: | TIME | INITIALS | | | | | | |
| IV SITE | | GA: | TIME | INITIALS | | | | | | |

| TIME | BAG # | IVS | AMT. ABS | RATE |
|---|---|---|---|---|
| ☐ FIELD START | | | | |

DT 0.5 ml Lot # _____    Exp. Date _____

RESPONSE:   A = IMPROVED   B = SAME   C = WORSE

| TIME/INITL | | | | | | | UPG (circle one) | DIP UA | EKG | TREATMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| B/P | 180/112 | | | | | | pos. | | | ☐ FOLEY   ☐ QUICKCATH |
| HR | 72 | | | | | | neg. | | TIME | ☐ LAB DRAW TIME ____ SITE ____ |
| RR | 16 | | | | | | | | | ☐ OXYGEN BY ____ FLOW RATE ____ |
| T | | | | | | | Time | | MD VIEW | ☐ CARDIAC MONITOR |
| PAIN | 0/10 | /10 | /10 | /10 | /10 | /10 | Init | TIME | TIME | ☐ B/P MONITOR   ☐ OXYGEN SAT MONITOR   ☐ WOUND IRRIGATION   ☐ SLING   ☐ ICE BAG |
| SaO₂ | % RA L N/C M | % RA L N/C M | % RA L N/C M | % RA L N/C M | % RA L N/C M | % RA L N/C M | INIT | MD VIEW | | ☐ SPLINT   ☐ CRUTCHES: GAIT TRAINING WITH RETURN DEMONSTRATION |

| I & O | PO (U) Urine (G) Gastric (D) Diarrhea | TIME | | | | TOTAL |
|---|---|---|---|---|---|---|
| | | INTAKE | | | | I: |
| | | OUTPUT | | | | O: |

| TIME | BRIEF NARRATIVE | INITIALS |
|---|---|---|
| 1310 | 04 up & admitted to ER - room #1 amb from wr | |
| 1311 | to xray amb c RN escort | |
| 1331 | back from xray via wc c xray film | |
| 1415 | PA Harris into see pt | |
| 1430 | gel splint placed — crutches given, demonstrated proper crutch technique | |
| 1431 | discharged home amb out c pa 2 | |

| INITIAL | SIGNATURE | TITLE | INITIAL | SIGNATURE | TITLE |
|---|---|---|---|---|---|
| | | | | | |

**PATIENT DISPOSITION:**    TIME: 1431
☑ Discharge  ☐ Home  ☑ Instructions rec'd and understood

☐ Transfer to _____
☐ Admit to _____
☐ w/RN  ☐ w/port Oxygen  ☐ w/cardiac monitor
☐ Expired  time _____

Report to: _____ time _____

Transportation
☑ Pvt. auto
☑ w/designated driver
☐ Taxi
☐ Ambulance
☑ Ambulatory
☐ Wheelchair
☑ Crutches
☐ Gurney

86-7024-2B (10/05)

ESPINO,MINNIE L
0853495  0632400771    NEQC
E/R
ER,PHYSICIAN    E/R
cg17188

000013013    EMER DEPT RECORD

**EMERGENCY
DEPARTMENT
NURSES NOTES**

DELIVERY PROGRAMS
BAY VALLEY DISTRICT


**UNITED STATES
POSTAL SERVICE**

January 22, 2007

MINNIE ESPINO
720 SOLANO AVE
ALBANY CA 94706-1501

Re: Administrative Tort Claim
Claim No: 070065

Dear Ms. Espino:

I am in receipt of a Standard Form 95, Claim for Damage, Injury or Death which you submitted as a result of an alleged accident on November 20, 2006 in Oakland, California.

The claim form is invalid because it fails to specify a sum certain. In addition, there was no documentation submitted in support of your claim. The instructions on the reverse side of the form outline the requirements in presenting a personal injury claim. Please review those instructions. I am enclosing another blank claim form and a postage-paid envelope for your convenience.

If you have any questions, my telephone number is provided below.

Sincerely,

Yolanda Washington
Tort Claims Coordinator

Enclosures

1675 7TH ST RM 125M
OAKLAND CA 94615-9331
(510) 874-8744
FAX: (510) 433-7544

LAW DEPARTMENT
ST. LOUIS OFFICE


**UNITED STATES
POSTAL SERVICE**

July 16, 2007

Ms. Minnie L. Espino
720 Solano Avenue
Albany, California 94706-1501

> **Re:    Your Personal Injury Claim
> DOI:  11/20/06
> Our File No. NT200725347**

Dear Ms. Espino:

I am writing to acknowledge receipt of the Standard Form 95, *Claim for Damage, Injury, or Death*, you filed wherein you allege you were injured at the Civic Center Post Office on November 20, 2006 in Oakland, California.

Please be advised that before I can consider this claim it must be supported by competent evidence, including but not limited to medical records (narratives and itemized billing statements) from any and all health care providers who rendered treatment to your client for the injuries she allegedly received as a result of this incident.

Your claim submission included five (5) pages of medical records from Summit Medical Center.  If you have received treatment from any other medical providers for injuries sustained in this accident, please submit them to my attention at the address below.

Sincerely,

Gwen Murray
Tort Claims Adjudicator

/gem
cc:    Ms. Yolanda Lewis, Tort Claim Coordinator
       Your File No. 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A

P. O. Box 66640
St. Louis, MO 63166-6640
314-872-5132
Fax: 202-406-4626

Minnie Espino
720 Solano Ave
Albany, Ca 94706
(510)-528-4299

July 17, 2007

Bay Delivery Program
1675 7th Street, Room 125 CM
Oakland, Ca 94615
(510) 874-8744  Fax (510) 433-7544

Re: Administrative Tort Claim, Sun-Certain Claim # 070065
Delivery Program Coordinator:
Yolanda Washington

This confirm our conversation on July 17, 2007, regarding the numerous Voice-Mails left
regarding the claim number mention above, there was no response until today.
Claimant, Minnie Espino sustained an Injury on November 20, 2006, on the Postal
Property, located at 201 13ª Street, inside the Post Office, on the stairway.
As recently as June 01, 2007, the Handrail still had not been Repaired.
On January 22, 2007, you notified Claimant, with an acknowledgement letter for a claim
November 20, 2006, for an injury that the Post Office is Liable for (Medical and Money
Damages. )
Claimant requested information regarding the Legal Statues of this case and their was no response.
Claimant was not notified of the Post Masters Generals Inputs, for the Injury that occurred
on the Post-Office Property, located at 201 13ª Street, in Oakland Ca, on November 20,
2006.
Claimant was not notified in writing of Bay Delivery Programs Attorneys' to this matter, to
obtain the necessary Legal information to Settle this Case.
Please be advised that this is an Administrators Claim by your unit for a specified Sum Certain,
that requires written notification to Claimant of all aspects of this claim, including a response from the
Post Master General.

CC: Consumers' Affairs

Respectfully submitted Minnie Espino
Minnie Espino



LAW DEPARTMENT
ST. LOUIS OFFICE


**UNITED STATES**
**POSTAL SERVICE**

July 18, 2007

**CERTIFIED MAIL – 7007 0220 0004 2744 3064**
**RETURN RECEIPT REQUESTED**

Ms. Minnie L. Espino
720 Solano Avenue
Albany, California 94706-1501

>      **Re:    Your Personal Injury Claim**
>             **DOI:  11/20/06**
>             **Our File No. NT200725347**

Dear Ms. Espino:

This is in reference to the administrative claim you filed under the provisions of the Federal Tort Claims Act, as a result of injuries allegedly sustained on or about November 20, 2006.

The Postal Service is not legally obligated to pay all losses which may occur, but only those caused by the negligent or wrongful act or omission of an employee acting in the scope of his/her employment. We are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to establish a negligent act or omission on the part of the U.S. Postal Service or its employees. While we regret any injury that may have occurred, we cannot accept legal liability for these alleged damages. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service *mails* the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

P. O. Box 66840
ST. LOUIS, MO 63166-6640
314-872-5132
FAX: 202-406-4626

Ms. Minnie L. Espino
July 18, 2007
Page 2

Alternatively, and in accordance with the regulations set out at 39 C.F.R.
912.9(b), prior to the commencement of suit and prior to the expiration of the six
(6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized
agent, or legal representative, may file a written request for reconsideration with
the postal official who issued the final denial of the claim. Upon the timely filing of
a request for reconsideration, the Postal Service shall have six (6) months from
the date of filing in which to make a disposition of the claim and the claimant's
option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the
filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have
been filed when received in this office.

Sincerely,

Gwen Murray
Tort Claims Adjudicator

/gem
cc:    Ms. Yolanda Lewis, Tort Claim Coordinator
       Your File No. 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A

P. O. Box 66640
St. Louis, MO 63166-6640
314-872-5120
Fax: 314-872-5194

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| DELIVERY PROGRAMS SUPPORT<br>U S POSTAL SERVICE<br>OAKLAND DISTRICT<br>1675 7th ST RM 125-M<br>OAKLAND CA 94615-9331 | Myrtle L. Espino<br>720 Sidney Ave<br>Alameda, CA 94706 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | | Divorced | 11/20/06 | 11:30 am |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

On 11/20/06, Claimant, Myrtle Espino, Sustained an Injury on the very handle arm ligaments. The sprained ankle and injured ligaments are still very painful. An Does need changing. Claim # 0700065

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State and Zip Code)

Civic Center Building, 207 13th St, 2nd Floor, Steps

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

The property is a Business At 201 13th Street, very slippery cape on the down rail.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Claimant sustained An Ankle injury and injured ligament that is very painful. The Ankle was sprained.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Matthew Washington | 1356 102nd Ave, Oak, CA 94603 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $100,000.00 | N/A | $100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Myrtle Espino | (510) 528-6299 | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |



00010

 **Medicare Summary Notice**

January 08, 2007

|||||||||||||||||||||||||||||||||||||||

**M ESPINO**
**720 SOLANO AVE**
**ALBANY CA 94706-1501**

050000

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number:**

If you have questions, write or call:
General Medicare - B1C
PO Box 100297  Columbia, SC 29202-3297
**Call: 1-800-MEDICARE (1-800-633-4227)**
**Ask for Hospital Services**
TTY for Hearing Impaired: 1-877-486-2048

Send Appeals to:
National Government Services, Inc. (#00454)
PO Box 3035  Milwaukee, WI  53201-3035

**BE INFORMED:** Read your Medicare Summary
Notice carefully for accuracy of dates,
services, and amounts billed to Medicare.

This is a summary of claims processed on 01/05/2007.

**PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20700400046002 | | | | | | |
| **Alta Bates Summit Med Ctr** | | | | | | **a,b,c** |
| 3012 Summit Street | | | | | | |
| Oakland, CA 94609 | | | | | | |
| Referred by:  Steve M. Sornsin | | | | | | |
| 11/20/06 | X-ray exam of ankle (73610) | $190.00 | $0.00 | $11.53 | $11.53 | |
| | Application lower leg splint (29515) | 1.00 | 0.00 | 17.07 | 17.07 | |
| | Emergency dept visit (99283) | 945.00 | 0.00 | 45.49 | 45.49 | |
| **Claim Total** | | **$1,136.00** | **$0.00** | **$74.09** | **$74.09** | |

**Notes Section:**

a  The amount Medicare paid the provider for this claim is $240.44.

b  This information is being sent to your private insurer(s).
    Send any questions regarding your benefits to them.

c  This information is being sent to Medicaid.  They will review it to see if
    additional benefits can be paid.

**THIS IS NOT A BILL - Keep this notice for your records.**

DELIVERY PROGRAMS
BAY VALLEY DISTRICT


**UNITED STATES
POSTAL SERVICE**

December 7, 2006


MINNIE ESPINO
720 SOLANO AVE
ALBANY CA 94706-1501

Re:  Administrative Tort Claim
Claim No:  070065

Dear Ms. Espino:

Enclosed are two Standard Forms 95, Claim for Damage, Injury or Death which you
requested as a result of an alleged incident on November 20, 2006 in Oakland,
California.

If your intent is to file a claim, please complete one of the forms and return to this
office.  Supporting documentation as noted on the reverse side of the form must be
submitted with the claim.  Please review those instructions.  I have enclosed a
postage-paid return envelope for your convenience.

If you have any questions, my telephone number is provided below.

Sincerely,

Yolanda Washington
Tort Claims Coordinator

Enclosures

1675 7TH ST RM 125M
OAKLAND CA 94615-9331
(510) 874-8744
FAX: (510) 433-7544