SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
JENNIFER S WANG (California Bar No. 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br> Defendant. ) <br> ) | No. C 07-4642 BZ <br><br> **DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |

Defendant, by and through its undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:   September 13, 2007                    Respectfully submitted,

                                                                        SCOTT N. SCHOOLS
                                                                        United States Attorney


                                                            By:          /s/
                                                                        JENNIFER S WANG
                                                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

<u>**Minnie Espino v. United States Postal Service**</u>
C 07-4642 BZ

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FEDERAL EXPRESS via Priority Overnight**

___ **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

Minnie L. Espino
720 Solano Avenue
Albany, California 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 13, 2007 at San Francisco, California.

_____/s/_____
MANIK BOWIE
Legal Assistant

FEDERAL DEFENDANT'S DECLINATION TO PROCEED WITH MAGISTRATE JUDGE
C06-2301 JCS