# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Minnie Espino,

    Plaintiff(s).

No. C07-4642 BZ

v.

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

United States Postal Service,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **January 14, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: September 13, 2007

    Richard W. Wieking, Clerk
    United States District Court

    *Lashanda Scott*
    By: Lashanda Scott - Deputy Clerk to
    Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MINNIE L. ESPINO,

    Plaintiff,

v.

U.S.POSTAL SERVICE et al,

    Defendant.
_____/

Case Number: CV07-04642 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

Dated: September 13, 2007

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk

reassign.DCT