| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S. WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 6 | Facsimile:  (415) 436-6748<br>Email: jennifer.s.wang@usdoj.gov |
| 7 | |
| 8 | Attorneys for Federal Defendant<br>United States Postal Service |

FILED
07 SEP 10 PM 1:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MINNIE L. ESPINO, | ) | No. C 07-4642 BZ |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| UNITED STATES POSTAL SERVICE, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on September 10, 2007 she caused a copy of:

Notice Of Removal filed September 10, 2007;

Order Setting Initial Case Management Conference and ADR Deadlines filed August 2, 2007; Standing Order for Magistrate Judge Bernard Zimmerman; Standing Orders; Standing Order For All Judges of the Northern District of California;

Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

ECF Registration Information Handout;

PROOF OF SERVICE
Espino v. US Postal Service
C 07-4642 BZ                                    1

1         Dispute Resolution Procedures in the Northern District of California;

2         Welcome To The U.S. District Court, San Francisco; and

3         Proof of Service

4 to be served upon the person at the place and address stated below, which is the last known address:

5     Minnie L. Espino
    720 Solano Avenue
6     Albany, California 94706

7     I declare under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.

9     Executed this 10th day of September 2007 at San Francisco, California.

10

11

12 ELSIE SATO
    Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 PROOF OF SERVICE
Espino v. US Postal Service
C 07-4642 BZ                             2