SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967
    Facsimile:  (415) 436-6748
    Email:  jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C 07-4642 MHP<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**<br><br>Date:  December 10, 2007<br>Time:  2:00 p.m.<br>Courtroom 15, 18th Floor |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on **December 10, 2007, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, before Hon. Marilyn H. Patel, 450 Golden Gate Avenue, Courtroom 15, 18th Floor, San Francisco, California, defendant United States Postal Service ("Postal Service") will move this Court for an order dismissing the Postal Service as a defendant in this case. This motion is based on this notice, the memorandum of points and authorities in support thereof, the pleadings on file in this action, all the matters of record filed with the Court, and such other evidence as may be submitted or considered by the Court and on such oral argument as the Court may permit.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Civil L.R. 7-3(a), any opposition to this motion must be served and filed not less than 21 days before the hearing date.

**STATEMENT OF RELIEF REQUESTED**

The defendant requests an order dismissing the Postal Service from the case.

**ISSUES TO BE DECIDED**

1. Is the Postal Service a proper defendant in this case?

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

This motion requests the Court to dismiss the Postal Service as a defendant in this Federal Tort Claims Act ("FTCA") action. The defendant has attempted to get plaintiff to amend her complaint to substitute the United States as the proper party, but plaintiff has not yet taken action.

The Court should grant the defendant's motion to dismiss.

**II.   BACKGROUND**

On August 8, 2007, plaintiff Minnie L. Espino, filed a personal injury complaint in Alameda Superior Court. Plaintiff alleges that she slipped and fell while descending from stairs at the Post Office located at 201 13th Street, Oakland, California. (Attach. to Compl. ("An Administrative Tort to Form 95") at 1-2). Plaintiff alleges that plastic tape covering part of the staircase handrail caused her fall. (*Id.*). Plaintiff further alleges that as a result of the fall, she suffered injury to her ankle and shoulder. (*Id.* at 2).

Plaintiff named two offices of the Postal Service – the Bay Delivery Program and the Postal Service's Legal Division – as the defendants in the action. On September 10, 2007, the Postal Service removed the action to federal court.

**III.  THE COURT SHOULD GRANT THE DEFENDANT'S MOTION TO DISMISS**

**A.    Standards for Motion to Dismiss**

On a motion to dismiss, the Court takes as true all material allegations of the complaint. *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). These allegations are taken in the light most favorable to plaintiff. *Terracom v. Valley Nat'l Bank*, 49 F.3d 555, 558 (9th Cir. 1995).

**B.     Defendant Postal Service Should be Dismissed from the Case**

Plaintiff's tort claims are brought pursuant to the FTCA  Under the FTCA, the only proper defendant is the United States, not the Postal Service, an agency.  Thus, the United States should be substituted in place of the Postal Service.  28 U.S.C. § 2679(a); *Allen v. Veterans Admin.*, 749 F.2d 1386, 1388 (9th Cir. 1984).

**V.     CONCLUSION**

The defendant requests the Court to grant its motion to dismiss.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: September 14, 2007

/s/
_____
JENNIFER S WANG
Assistant United States Attorney