**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

2. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

<u>Minnie L. Espino v. United States Postal Service</u>
Case No. CV 07-4642 MHP

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  <u> X </u>  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  <u>    </u>  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  <u>    </u>  **ELECTRONIC MAIL**

  <u>    </u>  **FEDERAL EXPRESS**

  <u>    </u>  **FACSIMILE (FAX)**  Telephone No.: <u> See Below        </u>

to the party(ies) addressed as follows:

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 14, 2007 at San Francisco, California.


                                          <u>   /s/                      </u>
                                          BONNY WONG
                                          Legal Assistant