SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. 07-4642 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Date: December 10, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Fl. |

    This action having come regularly on for hearing before the Court on the motion of defendants to dismiss pursuant to F.R.C.P. 12(b)(6), and the respective parties having been afforded an opportunity to be heard, the Court having considered the respective pleadings and the arguments thereon, and the entire matter having been duly submitted after the Court was fully advised thereon,

    IT IS HEREBY ORDERED that the defendant's motion to dismiss is GRANTED based on the following reason:

///

///

[PROPOSED] ORDER GRANTING DEF.'S MOT. TO DISMISS
C 07-4642 MHP

1.    1. The only proper defendant in a Federal Tort Claim Act action is the United States. Because defendant, the United States Postal Service, is an agency, it is not a proper defendant.

DATED: _____            _____
                                                          Marilyn H. Patel
                                                          United States District Court Judge