1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINNIE L. ESPINO,                                    No. C 07-04642 MHP

       Plaintiff(s),              **CLERK'S NOTICE**
                                              **(Scheduling Case Management Conference**
  v.                                        **in Reassigned Case)**

U.S.POSTAL SERVICE,

       Defendant(s).
_____/

     This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

**January 7, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

Management Statement on all defendants, and shall also serve a copy of this notice on all

defendants.

                                Richard W. Wieking
                                Clerk, U.S. District Court

Dated:  September 14, 2007          Anthony Bowser, Deputy Clerk to the
                                Honorable Marilyn Hall Patel
                                   (415) 522-3140