SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE<br>and POSTMASTER GENERAL OF THE<br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 07-4642 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: December 10, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Fl. |

    This action having come regularly on for hearing before the Court on the motion of defendants to dismiss pursuant to F.R.C.P. 12(b)(6), and the respective parties having been afforded an opportunity to be heard, the Court having considered the respective pleadings and the arguments thereon, and the entire matter having been duly submitted after the Court was fully advised thereon,

    IT IS HEREBY ORDERED that the defendants' motion to dismiss is GRANTED based on the following reason:

    1. The only proper defendant in a Federal Tort Claim Act action is the United States. Because defendant, the United States Postal Service, is an agency, it is not a proper defendant.

[PROPOSED] ORDER GRANTING DEFS.' MOT. TO DISMISS
C 07-4642 MHP

1 | Because defendant, the Postmaster General, is the head of a government agency, he is not a
2 | proper defendant.

4 | DATED: _____    _____
5 |                                       Marilyn H. Patel
                                      United States District Court Judge