SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6967
    Facsimile:    (415) 436-6748
    Email:        jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MINNIE L. ESPINO, | ) | No. C 07-4642 MHP |
|         Plaintiff, | ) | |
| v. | ) | **ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| UNITED STATES POSTAL SERVICE and JOHN E. POTTER, Postmaster General of the United States Postal Service, | ) | |
|         Defendants. | ) | Date:     December 10, 2007<br>Time:    2:00 p.m.<br>Courtroom 15, 18th Floor |

     Pursuant to the Court's Standing Order, the federal defendants seek this Court's leave to file their motion to dismiss plaintiff's Amended Complaint.

     Plaintiff filed her personal injury complaint against the United States Postal Service ("Postal Service") in Alameda Superior Court on or about August 8, 2007. The Postal Service removed the case to federal court, and on September 14, 2007, filed a motion to dismiss on the ground that the United States is the proper party to a Federal Torts Claims Act ("FTCA") action.[1]

---

[1] The Postal Service filed its motion to dismiss the original complaint the same day that the case was reassigned to this court, and before a case management conference had been set. The federal defendants believe that, in light of plaintiff's amended complaint, the Postal Service's September 14, 2007 motion to dismiss the original complaint is now moot.

1  Prior to filing its motion, the Postal Service attempted, without success, to get plaintiff to amend
2  her complaint to substitute the United States as the proper party. (Wang Decl. ¶ 2). Instead, on
3  or about September 24, 2007, plaintiff served an amended complaint, alleging the same personal
4  injury claims as she made in the original complaint and adding John E. Potter, Postmaster
5  General of the United States Postal Service, as a defendant. (Wang Decl. ¶ 3, Ex. 1 (Am.
6  Compl.)).
7       Because this case involves potentially time-consuming discovery, the Federal Defendants
8  seek permission to have the legal issues determined as early as possible.
9       At present, the case management conference is set for January 7, 2008, at 4:00 p.m.

                                       Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                                       /s/
Dated: October 4, 2007                 _____
                                       JENNIFER S WANG
                                       Assistant United States Attorney