SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967
    Facsimile:   (415) 436-6748
    Email:      jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE and JOHN E. POTTER, Postmaster General of the United States Postal Service,<br><br>        Defendants. | No. C 07-4642 MHP<br><br>**DECLARATION OF JENNIFER S WANG IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:    December 10, 2007<br>Time:   2:00 p.m.<br>Courtroom 15, 18th Floor |

I, Jennifer S Wang, declare as follows:

1. I am an Assistant United States Attorney, am admitted to practice law before this Court, and make this declaration in support of the federal defendants' motion for leave to file a motion to dismiss plaintiff's amended complaint. The statements contained in this declaration are within my personal knowledge.

2. On or about September 12, 2007 and September 14, 2007, I informed plaintiff of the United States Postal Service's position that the United States is the proper defendant in her personal injury complaint. Plaintiff disagreed, but suggested that she would research the issue.

3. On or about September 26, 2007, I received a copy of an amended complaint from plaintiff. The amended complaint contains the same personal injury claims as alleged in the

1. original complaint and adds John E. Potter, Postmaster General of the United States Postal
2. Service, as a defendant. Attached as Exhibit 1 is a true and correct copy of the amended
3. complaint I received from plaintiff.
4.     I declare under penalty of perjury under the laws of the United States of America that the
5. foregoing is true and correct.
6.     Executed on October 4, 2007 at San Francisco, California

/s/
_____
Jennifer S Wang