# Exhibit 1

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. 510-528-4299 | FOR COURT USE ONLY |
|---|---|---|
| Minnie L. Espino<br>720 Solano Avenue<br>Albany, CA 94706 | | |
| ATTORNEY FOR *(Name)*: | | |

NAME OF COURT: United State District Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: San Francisco Division
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Minnie L. Espino, et al.

DEFENDANT/RESPONDENT: Bay Delivery Program Bay Valley District, Legal, et al.

**DECLARATION OF SERVICE BY MAIL**

CASE NUMBER: C074642 BZ

I, the undersigned, declare as follows:

1. I am over the age of eighteen and not a party to the within cause. I am a registered process server and my business address is ProServe USA, LLC at 414 Pendleton Way, Suite #2, Oakland, CA 94621. I am readily familiar with the business pracitice for collection and processing of correspondence for mailing with the United States Postal Service and that correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business. I placed copies of the following documents sealed in envelopes in a place for collection and mailing on this date following ordinary business practices and addressed to the person listed below.:

2. DOCUMENTS: AMENDED COMPLAINT FEDERAL RULE CIVIL PROCEDURE RULE 15;[a]., AN ADMINISTRATIVE TORT TO FORM 95 SUBMITTED TO THIS COURT AS RESPONDENT SUPERIOR; EXHIBIT A;

3. On 09/24/2007 from Oakland, CA mailed a copy of the above listed documents, first class, postage pre-paid at the address as follows:

U.S. Attorney
Chief Civil Division
450 Golden Gate Avenue
San Francsico, CA 94102

///
///
///

ru ON ___E Sato___
SAO, SAN FRANCISCO
MANNER OF SERVICE:
___ PERSONAL    X CERT. MAIL
OTHER:_____
DATE 9-26-07  TIME

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/24/2007

John Napiza (#964 Alameda County)
(TYPE OR PRINT NAME)

► _John Ngy_
(SIGNATURE OF DECLARANT)

☐ Petitioner/Plaintiff   ☐ Respondent/Defendant   ☐ Attorney
☒ Other *(specify)*: PROCESS SERVER

(See reverse for a form to be used if this declaration will be attached to another court form before filing)

**DECLARATION**

Form Approved by the
Judicial Council of California
MC-030 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

Pro Per (PS.73015)

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Minnie L. Espino et al
        Plaintiff
Bay Delivery Program
Bay Valley District, Legal
        Defendants;
  And
THIRD PARTY, THE POST MASTER GENERAL
FOR POST OFFICE PROPERTY INJURIES
ARISING TO 39 USC POSTAL PROVISION.

                Case; CO74642 BZ
                Ref. RG 07339743

AMENDED COMPLAINT
FEDERAL RULE CIVIL PROCEDURE RULE 15;[a].

TO; THE UNITED DISTRICT COURT;
THE PLAINTIFF IN ACCORDANCE WITH RULE 15[[a], FEDERAL RULE OF CIVIL PROCEDURE, AMENDS THE COMPLAINT IN THIS ACTION AS FOLLOWS;

THE ACTIONS ARISES TO PROVISIONS TO 39 USC POSTAL SERVICE PROPERTY INJURIES TO CIVIL TORT TO CLAIM FORM 95 THAT REQUIRES STIPULATIONS FOR CUT OFF MEDICAL, DECLARATORY RELIEF TO 28 USC 2201, AND ATTORNEY FEES.

THIS AMENDED COMPLAINT ALLOWS PLAINTIFF TO NOTIFY THE THIRD PARTY, POST MASTER GENERAL WITH FACTS OF THE CASE THAT WAS REMOVED FROM STATE COURT SEPTEMBER 10, 2007

RESPECTFULLY SUBMITTED,, *[signature: Minnie Espino]*

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706
(510) 528-4299

# SUPERIOR COURT, STATE OF CALIFORNIA
## COUNTY OF ALAMEDA

Minnie L. Espino, Plaintiff
    Vs
Delivery Program, Defendants'
Bay Valley District

**Subject Matter:**
An Administrative Tort to Form 95 submitted to this court as Respondeat Superior

August 02, 2007
Hearing Date:
Dept:

Plaintiff Minnie L. Espino, bring this action in this Court as a subject matter unlimited action, due to an administrative Writ to 42 USC and CCP 1095 to a Real Party in interest, Cited to Thomas VS. Sports Chalet to 42 CCC 625, and 628 that is not in Plaintiff Possession.

Plaintiff Submitted Defendants' Claim form 95 for Treatment and Damage to The Delivery Program, Bay Valley District for $20,000.00.for an Injury sustained on November 20, 2006, on the premises of the Post Office inside stairway, located at 201 13th Street, Oakland, Ca, 94604.

On November 07, 2006, Plaintiff received an Acceptance Letter from Defendants', to a Tort Claim Number 070065.

On January 22, 2007, Plaintiff was notified that the $20,000.00 Tort Claim was invalid because it did not state a Sum Certain. A second Form 95, was submitted with a Sum Certain amount of $100,000.00, This Principal requires a Corrective Amount for

Treatment and Damages.

**Plaintiff submitted a Claim to Defendants' November 20, 2006, as the result of the following Negligence.**

1. Defendants' did not have Safety Tape Grips on the Marble Stair Steps, and did not remove the Slippery Yellow Plastic that covered the handrail.
2. *Defendants' failed to notify the Public that the handrails was defective*
3. (No Caution or Warning Signs Was Posted at the Top of the Stairways, near the Handrails or Steps.)
4. The handrails had a plastic movable slippery cover over it, that slide which causes unbalances contact using the handrails walking down the stairways.
5. On November 20, 2006, the day of the accident, Plaintiff was exercising proper care by using the Hand Rails for support while walking down the stairways from the second floor to the Lobby Area.

Plaintiff was wearing a Yellow pair of Converse Shoes and was using the handrails, taking one step at a time.

Before Plaintiff reached the last (2) two steps at the bend of the stairways steps the tape on the handrails made Plaintiff loose Hand and Foot Grip.

Both Feet went Airborne over the last (2) Two steps at the bottom of the stairways.

Plaintiff tried to break the fall with the left hand.

Plaintiff left Ankle landed on the edge of the bottom Marble Step, that was very painful, after five minutes of severe pain, the feeling in the Ankle went Numb, and the Ankle began Swelling with a huge Contusion.

The accident was reported immediate to the Post Office Supervisor (Mina,) who took photos' of the Injury and requested that Plaintiffs get urgent Emergency Treatment.

Plaintiffs was offered emergency medical transportation.

Plaintiff was taken to Alta Bates/Summit Hospital Triage Unit by a friend the same day of the accident.

Plaintiff had to wear a Soft Cast Splint and use Crutches for Six (6) weeks.

The injury was very painful, and the feeling did not return until the next day.

After the first few days, Plaintiff (Right) Shoulder began Ache with pain.

Respectfully Submitted _____
Minnie L. Espino