SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967
    Facsimile:   (415) 436-6748
    Email:      jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE and JOHN E. POTTER, Postmaster General of the United States Postal Service,<br><br>        Defendants. | No. C 07-4642 MHP<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:    December 10, 2007<br>Time:    2:00 p.m.<br>Courtroom 15, 18th Floor |

    IT IS HEREBY ORDERED that the defendants' motion for leave to file their motion to dismiss plaintiff's amended complaint is GRANTED.

DATED: _____                    _____
                                                               Marilyn H. Patel
                                                               United States District Court Judge