SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967
    Facsimile:   (415) 436-6748
    Email:      jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO, ) | No. C 07-4642 MHP |
| ) | |
|     Plaintiff, ) | |
| ) | **DECLARATION OF JOSEPH R.** |
|   v. ) | **DOYLE IN OPPOSITION TO** |
| ) | **PLAINTIFF'S MOTION TO REMAND** |
| UNITED STATES POSTAL SERVICE and ) | |
| JOHN E. POTTER, Postmaster General of ) | Date:  TBD |
| the United States Postal Service, ) | Time:  TBD |
| ) | Courtroom 15, 18th Floor |
|     Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

I, Joseph R. Doyle, declare as follows:

    1.    I am an attorney for the United States Postal Service ("Postal Service") and make this declaration in opposition to plaintiff's motion to remand. The statements contained in this declaration are within my personal knowledge.

    2.    The Postal Service received a summons in the above-captioned case on or about August 9, 2007. A true and correct copy of the summons is attached as Exhibit 1.

///

///

3.      Based on my review of the relevant documents and my record of correspondence with the postal official who was served with the summons and complaint, it appears that the Postal Service was first served with a copy of the summons and complaint on August 9, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2007 at St. Louis, Missouri.

/s/
_____
Joseph R. Doyle

DOYLE DECL. ISO OPPOSITION TO MOTION TO REMAND
C 07-4642 MHP                                        2