| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone:   (415) 436-6967 |
| 6 | Facsimile:   (415) 436-6748<br>Email:   jennifer.s.wang@usdoj.gov |
| 7 | |
| 8 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MINNIE L. ESPINO, | ) | No. C 07-4642 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER RE: |
| v. | ) | ADMINISTRATIVE MOTION FOR |
| | ) | LEAVE TO FILE MOTION TO |
| UNITED STATES POSTAL SERVICE and | ) | DISMISS PLAINTIFF'S AMENDED |
| JOHN E. POTTER, Postmaster General of | ) | COMPLAINT |
| the United States Postal Service, | ) | |
| | ) | Date:   December 10, 2007 |
| Defendants. | ) | Time:   2:00 p.m. |
| | ) | Courtroom 15, 18th Floor |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that the defendants' motion for leave to file their motion to dismiss plaintiff's amended complaint is GRANTED.

DATED: 10/9/07

Marilyn H. Patel
United States District Court Judge