United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINNIE L.. ESPINO,                                    No. 07-4642 MHP

        Plaintiff(s),                          **ORDER DENYING**
                                                      **MOTION TO**
  vs.                                             **REMAND**

UNITED STATES POSTAL SERVICE, et al.,

        Defendant(s).
_____/

    Plaintiff instituted this Federal Tort Claim Action ("FTCA"), 28 U.S.C. sec. 2671 et.seq., in the Superior Court for the County of Alameda, State of California. Defendants timely removed the action to this court which has exclusive jurisdiction over this action. Plaintiff then moved to remand. Without regard to the timeliness or form of plaintiff's motion or whether it complies with the procedural requirements of the Civil Local Rules, it is substantively without merit..

    Removal was proper since tort actions against the United States Postal Service by reason of its acts or the acts of its employees are within the jurisdiction of the United States District Courts. State courts have no jurisdiction over claims under the FTCA. See 28 U.S.C. secs. 1346(b) and 2679. Accordingly,

    IT IS HEREBY ORDERED that plaintiff's motion to remand is DENIED.

Date: October 9, 2007

                           MARILYN HALL PATEL
                           Judge
                           United States District Court
                           Northern District of California