1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone:  (415) 436-6967
6      Facsimile:   (415) 436-6748
       Email:      jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendants
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

| | |
|---|---|
| MINNIE L. ESPINO, | No. C 07-4642 MHP |
|     Plaintiff, | |
|     v. | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT** |
| UNITED STATES POSTAL SERVICE and JOHN E. POTTER, Postmaster General of the United States Postal Service, | Date:    December 10, 2007<br>Time:    2:00 p.m.<br>Courtroom 15, 18th Floor |
|     Defendants. | |

     Plaintiff has provided no legal basis for denial of defendants' motion to dismiss the Postal Service and the Postmaster General from this Federal Tort Claims Act ("FTCA") action. Contrary to plaintiff's assertion, the Court may grant dismissal even in the absence of affidavits from the Postal Service's Bay Valley Program or the Legal Division. (Opp. at 1). A court should grant a Federal Rule of Civil Procedure 12(b)(6) motion where there is either a "lack of a cognizable legal theory" or "the absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

     Here plaintiff fails to allege a cognizable legal theory against either the Postal Service or the Postmaster General. In her Opposition, plaintiff continues to name two offices of the Postal

1  Service – the Bay Delivery Program and the Postal Service's Legal Division – as well as the
2  Postmaster General as the defendants in this FTCA action. (Opp. at 1-2).  Under the FTCA, the
3  only proper defendant is the United States, not the Postal Service, an agency, or the Postmaster
4  General, the head of a government agency.  To the extent plaintiff attempts to allege an FTCA
5  claim against anyone other than the United States, her claim should fail.  *See* 28 U.S.C. § 2679;
6  *Woods v. United States*, 720 F.2d 1451, 1452 n. 1 (9th Cir. 1983).  Thus, the United States should
7  be substituted in place of the Postal Service and the Postmaster General.  28 U.S.C. § 2679(a);
8  *Allen v. Veterans Admin.*, 749 F.2d 1386, 1388 (9th Cir. 1984).

   The defendants respectfully request that the Court grant their motion to dismiss.

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                            /s/
Dated: November 26, 2007               _____
                                        JENNIFER S WANG
                                        Assistant United States Attorney

DEFS.' REPLY ISO MOTION TO DISMISS
C 07-4642 MHP                          2