UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: December 10, 2007

Case No.   C 07-4642  MHP             Judge: MARILYN H. PATEL

Title: MINNIE L. ESPINO -v- US POSTAL SERVICE

Attorneys:  Plf:  No appearance
            Dft: Jennifer Wang

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

No appearance by plaintiff; Court grants motion to dismiss with leave to amend;