UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINNIE L. ESPINO,

            Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,

            Defendant.
_____/

No. C-07-4642 MHP

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

      This action having come regularly on for hearing before the Court on the motion of defendants to dismiss pursuant to F.R.C.P. 12(b)(6), and the respective parties having been afforded an opportunity to be heard, the Court having considered the respective pleadings and the arguments thereon, and the entire matter having been duly submitted after the Court was fully advised thereon,

      IT IS HEREBY ORDERED that the defendant's motion to dismiss is GRANTED based on the following reason:

      The only proper defendant in a Federal Tort Claim Act action is the United States. Because defendant, the United States Postal Service, is an agency, it is not a proper defendant. See, Kennedy v. U.S. Postal Service, 145 F.3d 1077, 1078 (9th Cir. 1998) (holding a claim against the U.S. Postal Service under the FTCA is against the United States which is the proper defendant).

      IT IS FURTHER ORDERED that defendant is given leave to amend to name the proper defendant, the United States, and file the amended complaint within thirty (30) days of the date of

1  this order and properly serve the defendant within sixty (60) days of the date of this order.  Failure
2  to file the amended complaint in accordance with this order will result in dismissal of the action.

Dated:  December 10, 2007

_____
MARILYN HALL PATEL
United States District Court Judge