SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO, ) | No. C 07-4642 MHP |
| ) | |
| Plaintiff, ) | **DEFENDANT'S RESPONSE TO ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    On December 10, 2007, the Court granted defendant's motion to dismiss. Defendant respectfully notes that the Court's order states that defendant – and not plaintiff – "is given leave to amend . . . and file the amended complaint. . . ." Plaintiff has indicated that she will not amend her complaint until the Court issues a corrected order clarifying that plaintiff is given leave to file an amended complaint.

DATED: December 18, 2007

    Respectfully submitted,
    SCOTT N. SCHOOLS
    United States Attorney

    _____/s/_____
    JENNIFER S WANG
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S RESPONSE TO ORDER
GRANTING DEFENDANT'S MOTION TO DISMISS**

Minnie L. Espino v. United States Postal Service
Case No. CV 07-4642 MHP

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **ELECTRONIC MAIL**

____   **FEDERAL EXPRESS**

____   **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2007 at San Francisco, California.


___/s/_____
BONNY WONG
Legal Assistant