**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.   C 07-4642  MHP                    Judge: MARILYN H. PATEL

Title: MINNIE L. ESPINO -v- US POSTAL SERVICE

Attorneys:  Plf:  Minnie Espino, pro se
            Dft: Jennifer Wang

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)


**ORDERED AFTER HEARING:**

Plaintiff to amend complaint within ten days to name USA as named defendant; A further status conference set for 3/10/2008 at 3:00 pm, with a status report to be filed one week prior to the conference.