UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNIE L. ESPINO, | No. C-07-4642 MHP |
| Plaintiff, | **ORDER WITH STRICT INSTRUCTIONS TO PLAINTIFF TO COMPLY WITH COURT ORDER** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

    Despite the repeated instructions and admonitions of this court that plaintiff must amend her complaint to name only the United States, plaintiff continues to pursue her own stubborn repetition of the same mistakes. At the last court hearing the court instructed plaintiff to file an amended complaint to name <u>only</u> the United States and to do so within ten days. Six days later instead of filing an amended complaint as instructed, plaintiff filed a motion to amend her complaint to name not only the United States, but once again the United States Postal Service, which is not a proper defendant, as plaintiff has been told repeatedly.

    Once again, and finally, the court ORDERS plaintiff to file an amended complaint naming only the United States. She is not to name any other party. She is not to file a motion. She shall file her amended complaint within fourteen (14) days of the date of this order.

    THIS IS PLAINTIFF'S LAST CHANCE TO GET IT RIGHT,

If plaintiff fails to comply with this order, her complaint will be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dates: 2/15/2008

_____
Marilyn Hall Patel
United States District Judge