UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MINNIE L. ESPINO,

        Plaintiff,

v.

U.S.POSTAL SERVICE et al,

        Defendant.
                                               /

Case Number: CV07-04642 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

Dated: February 19, 2008

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk