UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION



CASE 3 07 4642

# PROOF OF SERVICE BY MAIL CERTIFICATION  FOR COURT FILING.



1. U S ATTORNEY GENERAL
   HON. MICHEAL MURKSAY
   950 PENNSYLVANIA N. W.
   WASHINGTON D C 20530

2. U S ATTORNEYS
   450 GOLDEN GATE AVE
   9 TH FLOOR
   SAN FRANCISCO, CA 94102
   Attn: JENNIFER WANG

3. U S ATTORNEY GENERAL
   950 PENNSYLVANIA AVE
   WASHINGTON , D. C. 20530

4. U S ATTORNEYS
   CIVIL PROCESSING
   450 GOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

5. U S ATTORNEYS'
   JENNIFER WANG
   450 GOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

6.  U S POSTAL LEGAL DIVISION
    P. O. BOX 666
    ST LOUIS, MISSOURI 63166

FEBRUARY 14, 2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEYS'
450 Golden Gate
San Francisco, CA 94102
Attn: Jennifer Wang
9th Floor

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Figueroa                          2-1-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 8759 5343

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Postal Legal Dvis.
P.O. Box 6666 AD
St. Louis, Missouri
63166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 10 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

ST. LOUIS LAW OFFICE

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0000 2792 7494

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Atty General
Michael Mukasey
950 Pennsylvania N.W.
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    FEB 0 6 2008    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0000 8759 5350

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorneys'
Jennifer Wong
450 Golden Gate Ave
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery    1-2-08

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2680 0003 0042 5301

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S Atty General
950 Pennsylvania
Whitney City, D.C
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Edward Town*   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
Jan 16   2008

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*

Article Number
*(Transfer from service label)*   7007 1490 0000 8758 9205

Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
Civil Processing
450 Golden Gate
San Francisco, CA
94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
F Munsara   F 14 08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2.

PS   102595-02-M-1540