Minnie L. Espino
720 Solano Avenue
Albany, California 94706
[510] 528- 4299

**FILED**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
San Francisco Division

U S Court Clerk;
450 Golden Gate Avenue
16th Floor, Room 1111
San Francisco, California 94102

Case # C07 4642 MHP

US District Court Clerk;

Plaintiff, Minnie L. Espino is the party in the above case number.
I am requesting a Court Appointed Attorney to Represent me in this Administrative Action.
The Administrative Records from The Post Office Delivery Program was retrieve by the US Attorney. I do not have a copy of that file.
A Request letter of January 22, 2008, was mail to Jennifer Wang for the file, who has acknowledge by telephone that the Administrative file was retrieve by her.
Respectfully Requested for a Court Appointed Attorney.
The Hearing is March 10th at 3 P:M, in Judge M. Petal Courtroom.

Sincerely,

Minnie L. Espino

Minnie L. Espino
720 Solano Avenue
Albany, California 94706
[510] 528 - 4299

Jennifer Wang, U S Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, California 94102
[510] 436 -6967

January 22, 2008

RE ESPINO VS. US POSTAL SERVICE

Jennifer;
Please be advised that Documents were filed with the Court for the Amended Complaint and copies were mailed to The Honorable Michael Mukasey , The United State Attorney General to 950 Pennsylvania Avenue S. W. , Washington, D C 20530.
As soon as the Certified Mail Receipt is returned to me, I will mail you a copy.
This letter also confirm the Telephone Message left for you January 16, 2008, regarding the U S Postal Service Tort Claim Department, who still refuses to release the necessary Tort Documents to resolve this matter.

Please provide me with a copy of Defendants' Tort Claim Documents.
I did filed a copy of the Tort Claim to Form 95, in the original Complaint August 08, 2007, and the Amended Complaint for the United State District Court to [ Fed. R. Civ. P.] Rule 4 and Rule[15]a.

Thank You Very Much

Minnie L. Espino

Enclosed is the certified Returned Receipt to me.

OAKLAND CA 946

20 FEB 2008 PM 9 L

To the Clerk of the Court
450 Golden Gate Avenue
16th Floor, Room 1111
San Francisco, Ca 94102

94102+3661

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706