Attorneys' et al for
Minnie L. Espino
720 Solano Avenue
Albany, California 94706
[510]528-4299

**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Minnie L. Espino, et al                    COMPLAINT
            Plaintiff                      [28 U S C 2679]
    Vs
United States, et. Al
            Substitute
            Defendants'

                                           CASE: CO 74642
                                           Hearing: March 10, 2008
                                           TIME: 3 P.M.
                                           COURTROOM: 15
**AMENDED**                                JUDGE: M. H. PATEL


## COMPLAINT TORT ACTION TO 28 USC 2679.
### [Fed R. Civ. P. Rule 4]

This complaint brought by Plaintiff, Minnie L. Espino, involves Tort Action to 28 USC 2679, Multi- Litigation to Respondeat Superior Action from a Tort Claim with the United State Postal Service for an injury on November 20, 2006.

All Papers filed in connection with Claim Number CO74642 shall bear the Caption Title:

Minnie L Espino, et al, Plaintiff Vs United States, Defendants' et. al and Related Defendants' to this Action.

A Cause of Action Complaint was filed in State Court, August 08, 2007, and was Removed to The United State District Court, September 10, 2007, by the United State Attorneys' Scott N. School and Jennifer Wang, where the action is pending for Remedies to 28 USC 2679.

1   On November 20, 2006 , A Cause of Action was filed in the State Court  for an
    Injury sustained on Postal Property at 201 13th Street, Oakland, California
2   94612.
3   The Personal Injury was caused by A Public Building Where:
    Defendants' owed a duty to Plaintiff to exercise reasonable care  to provide
4   safe building Stairs and Handrails for the Public.
5   Defendants' fail to notify the Public with Cautious or Warning signs that the
    Buildings Stairs and Handrail was Defective and Slippery.
6   The Marble Steps did not have Safety Grip/Strips on the Steps.
7   Defendants' failed to exercise reasonable care in maintaining the Buildings
    Stairs and Handrails and posting notices of the buildings condition.
8   Plaintiff was offered immediate Medical Care at the Hospital Triage Unit in
9   Oakland, California.
    Plaintiff's Medical Coverage was cut off and the Medical bills and expenses
10  have not been paid.
11  Plaintiff suffered an Injury from the negligence of the United State Postal
    Service Building, where they fail to maintain a safe Public Building.
12  A Sum Certain Tort Claim was filed with the Postal Tort Department at 1675
13  7th Street in Oakland, California.

14  Wherefore:
15  Plaintiff  Demands  A Settlement Judgment Against Defendants' for Damages
    and other Relief the Court Deem Just.
16  Defendants' A,$100,000.00
17  Defendants' B $25,000.00
18  Defendants' C Restored Medical Coverage and Cost of all outstanding
    Medical Bills, Attorney Fees, Court Cost  and other Damages the Court Deem
19  Just.
20
21  January 29, 2008.

22
                                    Respectfully Submitted
23
24                                  Minnie L. Espino
25
26
27
28

n under this
s title includ-
1e Fee and
y net fee,
ney's fee and
xation of al-
r. U.S., C.A.2
certiorari de-
577, 97 L.Ed.
.1)

of, Government was not authorized to
withhold payment of judgment until
plaintiffs executed written acknowledge-
ment that attorney was not collecting
more than 25% of judgment. Moyer v.
U.S., D.C.Nev.1985, 612 F.Supp. 239.
United States ⇐ 144

**24. Estoppel**

In an action under this chapter and
section 1346(b) of this title, plaintiffs' at-
torney was precluded under doctrine of
equitable estoppel from seeking a fee
larger than 25 percent of the cash award
where attorney had previously denied
that he had an agreement for counsel fees
based on future medical services awarded
under the settlement. Godwin v.
Schramm, C.A.3 (Pa.) 1984, 731 F.2d
153, certiorari denied 105 S.Ct. 250, 469
U.S. 882, 83 L.Ed.2d 187. Estoppel ⇐
68(2)

nment attor-
judgment to
of action un-
1 1346(b) of
notice which
or plaintiff's
y to protect
. U.S., C.A.3
onstitutional

**25. Private right of action**

Federal Tort Claims Act's (FTA) attor-
ney fee cap provision did not create im-
plied private right of action in favor of
clients who claimed their former attorney
charged them contingent fee that exceed-
ed cap. Hooker v. Hoover, N.D.Tex.
1995, 882 F.Supp. 574. Attorney And
Client ⇐ 157.1

by plaintiff
n 1346(b) of
1% statutory
ite fact that
be recouped
t of employ-
3½% of that
.A.6 (Tenn.)
l States ⇐

**26. Waiver of sovereign immunity**

Attorneys' fees and expenses were not
available under Federal Tort Claims Act
(FTCA), absent express waiver of sover-
eign immunity for fees and expenses.
Anderson v. U.S., C.A.9 (Wash.) 1997,
127 F.3d 1190, certiorari denied 118
S.Ct. 1512, 523 U.S. 1072, 140 L.Ed.2d
666. United States ⇐ 147(13)

action
e d, via
f 25% statu-
d would not
xcess there-

ess of remedy

iny federal agency to sue and be sued in its
e construed to authorize suits against such
s which are cognizable under section 1346(b)
edies provided by this title in such cases shall

ainst the United States provided by sections
his title for injury or loss of property, or
1 arising or resulting from the negligent or
n of any employee of the Government while
of his office or employment is exclusive of
proceeding for money damages by reason of
562

the same subject matter against the employee whose act or omission
gave rise to the claim or against the estate of such employee. Any
other civil action or proceeding for money damages arising out of or
relating to the same subject matter against the employee or the
employee's estate is precluded without regard to when the act or
omission occurred.

**(2)** Paragraph (1) does not extend or apply to a civil action against
an employee of the Government—

**(A)** which is brought for a violation of the Constitution of the
United States, or

**(B)** which is brought for a violation of a statute of the United
States under which such action against an individual is other-
wise authorized.

**(c)** The Attorney General shall defend any civil action or proceed-
ing brought in any court against any employee of the Government or
his estate for any such damage or injury. The employee against
whom such civil action or proceeding is brought shall deliver within
such time after date of service or knowledge of service as determined
by the Attorney General, all process served upon him or an attested
true copy thereof to his immediate superior or to whomever was
designated by the head of his department to receive such papers and
such person shall promptly furnish copies of the pleadings and
process therein to the United States attorney for the district embrac-
ing the place wherein the proceeding is brought, to the Attorney
General, and to the head of his employing Federal agency.

**(d)(1)** Upon certification by the Attorney General that the defen-
dant employee was acting within the scope of his office or employ-
ment at the time of the incident out of which the claim arose, any
civil action or proceeding commenced upon such claim in a United
States district court shall be deemed an action against the United
States under the provisions of this title and all references thereto,
and the United States shall be substituted as the party defendant.

**(2)** Upon certification by the Attorney General that the defendant
employee was acting within the scope of his office or employment at
the time of the incident out of which the claim arose, any civil action
or proceeding commenced upon such claim in a State court shall be
removed without bond at any time before trial by the Attorney
General to the district court of the United States for the district and
division embracing the place in which the action or proceeding is
pending. Such action or proceeding shall be deemed to be an action
or proceeding brought against the United States under the provisions
of this title and all references thereto, and the United States shall be
substituted as the party defendant. This certification of the Attorney
563

General shall conclusively establish scope of office or employment for purposes of removal.

**(3)** In the event that the Attorney General has refused to certify scope of office or employment under this section, the employee may at any time before trial petition the court to find and certify that the employee was acting within the scope of his office or employment. Upon such certification by the court, such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. A copy of the petition shall be served upon the United States in accordance with the provisions of Rule 4(d)(4) of the Federal Rules of Civil Procedure. In the event the petition is filed in a civil action or proceeding pending in a State court, the action or proceeding may be removed without bond by the Attorney General to the district court of the United States for the district and division embracing the place in which it is pending. If, in considering the petition, the district court determines that the employee was not acting within the scope of his office or employment, the action or proceeding shall be remanded to the State court.

**(4)** Upon certification, any action or proceeding subject to paragraph (1), (2) or (3) shall proceed in the same manner as any action against the United States filed pursuant to section 1346(b) of this title and shall be subject to the limitations and exceptions applicable to those actions.

**(5)** Whenever an action or proceeding in which the United States is substituted as the party defendant under this subsection is dismissed for failure first to present a claim pursuant to section 2675(a) of this title, such a claim shall be deemed to be timely presented under section 2401(b) of this title if—

    **(A)** the claim would have been timely had it been filed on the date the underlying civil action was commenced, and

    **(B)** the claim is presented to the appropriate Federal agency within 60 days after dismissal of the civil action.

**(e)** The Attorney General may compromise or settle any claim asserted in such civil action or proceeding in the manner provided in section 2677, and with the same effect.

(June 25, 1948, c. 646, 62 Stat. 984; Sept. 21, 1961, Pub.L. 87–258, § 1, 75 Stat. 539; July 18, 1966, Pub.L. 89–506, § 5(a), 80 Stat. 307; Nov. 18, 1988, Pub.L. 100–694, §§ 5, 6, 102 Stat. 4564.)

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706
[510] 528-4299

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Minnie L. Espino et al<br>    Plaintiff<br>    Vs<br>United States,<br>    Substitute<br>    Defendants' | DECLARATION OF<br>MINNIE L. ESPINO<br><br>Case: CO 7 4642<br>Hearing : March 10, 2008.<br>Time: 3: p.m.<br>Courtroom 15, the 18th Floor<br>Judge: M. H. PATEL |

I, Minnie L. Espino Declares:

That I am a Citizen of the United States and is a registered Voter in the State of California, County of Alameda.

I am the Plaintiff in this matter and was injured inside the United States Postal Service Property in Oakland, California.

The claim for damages were submitted to Bay Delivery Program, U S Postal Service, Located at 1675 7th Street in Oakland, California, where a Summons and Complaint was originally filed.

Respectfully Submitted

Minnie l. Espino

Attorneys' et al for
Minnie L. Espino
720 Solano Avenue
Albany, California 94706
[510] 528 - 4299

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO  DIVISION

Minnie L. Espino et al
        Plaintiff

     VS.

U S  Postal Service,
John  E. Potter, Post Master General for
Bay Delivery Program, Bay Valley District
        Defendants'

**Case # CO7 4642**

Judge:  M. Patel
Courtroom 15, 18th Floor

**AMENDED COMPLAINT**
**Federal Rule of Civil**
**Procedure, Rule 4[c] and**
**Rule 15[a].**

Hearing Date:
Time:

Plaintiff Amends This Complaint:
Pursuant to the Federal Rule of Civil Procedures, Rule 4[c] and Rule 15[a],
Plaintiff, Minnie L. Espino Amends the Original Complaint , filed August 08,
2007, In State Court  that was Removed to the United  State District Court
September 10, 2007.
The case was removed to the United States District Court, pursuant to
28 USC 1441[a] and [b],1442 [a] [l]1339 and 39 USC 409 on behalf of
Defendants', The United States Postal Service.
Plaintiff's Action arises to Postal Service litigation to  Authority of 28 USC
2671 through 2680, 28 CFR 14.1 through 14.11 and 39 USC 409, 28 USC 1339
[civil action  arising to postal  service  adjudication].
The United States Postal Service, are the said parties mention in the Caption, is

1  the proper parties to this action, including the General Counsel for all Standard
2  Forms 95, under the Federal Tort Claims Act for Settlements of Claims of the Us Postal Service to 39 USC 2603.
3  Plaintiff was injured on Postal Property, November 20, 2006 at 201 13th Street in Oakland, California 94612.[see the original complaint attached as
4  exhibit A] page two line 2 through 27.
5  Plaintiff was mailed a Standard Claim Form 95 for a Personal Injury and
6  Damages arising out of the Operations of the United State Postal Service property.
7  The Claim Form was completed and returned to the Post Office Tort Claim
8  Representative, (La Tonya Washington) who acknowledged the claim as A Sum Certain, that may be amended by plaintiff's Representation.
9  The original Complaint is an Administrative Action submitted as Respondeat
10  Superior, due to An Administrative Agency Writ to 42 USC and CCP 1095 to the Real Party in Interest, Thomas Vs Sport Chalet to 42 CCC, 625 and 628.
11  Plaintiff received an Order December 12, 2007, that request verification of
12  Defendants' to this Action.
    The US Postal Service General Counsel, John E. Potter, Post Master General
13  was not notified in the proper manner for the postal procedures to this claim.
14  Plaintiff did not receive any applicable information from Operations of the Post
15  Master General for the **Injury SUSTAINED November 20, 2006**, nor was any Notice given for Adjustments and Settlements for medical expenses, future
16  medical treatment, restored medical coverage, payment of outstanding bills,
17  attorney fees, cost and other damages that is deemed just..
    Plaintiff's injury has left a repairable marking on the inside steps at the bend of
18  the stairs at the Post Office at 201 13th Street in Oakland, Ca.
19  To Plaintiff knowledge, this was not reported to the Post Master General who is the General Authority of this claim.
20  Wherefore,
21  Plaintiff Demands A Settlement Judgment Against Defendants for Damages and other Relief the Court Deems Just.
22  Defendants [A] $ 100.000.00, Defendants [B] $ 25,000.00 and Defendant [C]
23  Restored Medical Coverage and Costs of all outstanding medical bills,
24  Attorney Fees, and other Damages as stated on the Opposition filed November 02, 2007.
25
26                      Respectfully Submitted _____
                                                    Minnie L. Espino
27  December 17, 2007
28

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Minnie L. Espino et al
AMENDED

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CO74642 *MHP*

V.

U S Postal Service
U S Post Master General, John E. Potter For
Bay Delivery Program, Bay Valley District

TO: (Name and address of defendant)

United States Postal Service, John E. Potter Post Master General,
Attn: John E. Potter
475 L' Enfonte Plaza S. W.
Washington D C 200266            US Attorney, Jennifer Wang
                                450 Golden Gate Avenue San Francisco, California 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706

20 (Twenty Days ) Response

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE December 14, 2007

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|

**Check one box below to indicate appropriate method of service**

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

                Date                                                Signature of Server

                                                     Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706

## DEFENDANTS

United States Poster Service
John E. Potter, U S Post Master General For
Bay Delivery Program, Bay Valley District.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Alameda County

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.
Alameda County (Oakland, Ca )

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jennifer Wang (415) 436-6967
450 Golden Gate Avenue, San Francisco, Ca 94102

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☑ 1 U.S. Government Plaintiff

☑ 2 U.S. Government Defendant

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☑ Original Proceeding

☑ Removed from State Court

☐ Remanded from Appellate Court

☐ Reinstated or Reopened

☐ Transferred from Another district (specify)

☐ Multidistrict Litigation

☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☑ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☑ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth In Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (US Plaintiff or Defendant<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☑ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other | ☐ 510 Motion to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

39 USC Postal Service Litigation

39 USC 409(c) 39 USC 2603 SETTLEMENT

## VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 100,000 CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ YES ☑ NO

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☑ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE      SIGNATURE OF ATTORNEY OF RECORD

EXHIBIT A

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

**RECEIVED**
AUG 1 0 2007
ST.LOUIS LAW OFFICE

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

AUG - 8 2007

CLERK OF THE SUPERIOR COURT
By __BARBARA LAMOTTE__
Deputy

**NOTICE TO DEFENDANT:**
(AVISO AL DEMANDADO):
Delivery Program, Bay Valley District, Legal Division
1675 7th Street, Room 125 M
Oakland, California 94615-9331

**YOU ARE BEING SUED BY PLAINTIFF:**
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
Minnie L. Espino

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
(El nombre y dirección de la corte es):
1225 Fallon Street
Oakland , California 94612

CASE NUMBER: (Número del Caso):
**RG 07339743**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Minnie L. Espino
720 Solano Ave, Albany, California 94706

Executive Officer/Clerk of the Superior Court

DATE: **AUG - 8 2007**    **PAT S. SWEETEN**    Clerk, by __BARBARA LAMOTTE__    , Deputy
(Fecha)                    (Secretario)                              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

AUG 9 2007

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):

    under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
           [X] CCP 416.40 (association or partnership)  [X] CCP 416.90 (authorized person)
           [ ] other (specify):
4. [X] by personal delivery on (date): 080907

[SEAL]

**EXHIBIT**
**A**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
Page 1 of 1

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706
(510) 528-4299

# SUPERIOR COURT, STATE OF CALIFORNIA
## COUNTY OF ALAMEDA

Minnie L. Espino, Plaintiff
     Vs
Delivery Program, Defendants'
Bay Valley District

Subject Matter:
An Administrative  Tort to Form 95 submitted to this court as
Respondeat Superior

                        August 02, 2007
                        Hearing Date:
                        Dept:

Plaintiff Minnie L. Espino, bring this action in this Court as a
subject matter unlimited action, due to an administrative Writ to 42
USC and CCP 1095 to a  Real Party in interest, Cited to Thomas
VS. Sports Chalet  to 42 CCC 625, and 628  that is not in Plaintiff
Possession.
Plaintiff Submitted  Defendants' Claim  form 95 for Treatment and
Damage to The Delivery Program, Bay Valley District for
$20,000.00.for an Injury sustained on November 20, 2006, on the
premises of the Post Office inside stairway, located at 201 13th
Street, Oakland, Ca, 94604.
On November 07, 2006, Plaintiff received an Acceptance Letter
from Defendants', to a Tort Claim Number 070065.
On January 22, 2007, Plaintiff was notified that the $20,000.00
Tort Claim was invalid because it did not state a Sum Certain.
A second Form 95, was submitted with a Sum Certain amount of
$100,000.00,  This Principal  requires a Corrective Amount for

Treatment and Damages.

**Plaintiff submitted a Claim to Defendants' November 20, 2006, as the result of the following Negligence.**

1. Defendants' did not have Safety Tape Grips on the Marble Stair Steps, and did not remove the Slippery Yellow Plastic that covered the handrail.

2. *Defendants' failed to notify the Public that the handrails was defective*

3. **(No Caution or Warning Signs Was Posted at the Top of the Stairways, near the Handrails or Steps.)**

4. The handrails had a plastic movable slippery cover over it, that slide which causes unbalances contact using the handrails walking down the stairways.

5. On November 20, 2006, the day of the accident, Plaintiff was exercising proper care by using the Hand Rails for support while walking down the stairways from the second floor to the Lobby Area.

Plaintiff was wearing a Yellow pair of Converse Shoes and was using the handrails, taking one step at a time.

Before Plaintiff reached the last (2) two steps at the bend of the stairways steps the tape on the handrails made Plaintiff loose Hand and Foot Grip.

Both Feet went Airborne over the last (2) Two steps at the bottom of the stairways.

Plaintiff tried to break the fall with the left hand.

Plaintiff left Ankle landed on the edge of the bottom Marble Step, that was very painful, after five minutes of severe pain, the feeling in the Ankle went Numb, and the Ankle began Swelling with a huge Contusion.

The accident was reported immediate to the Post Office Supervisor (Mina,) who took photos' of the Injury and requested that Plaintiffs get urgent Emergency Treatment.

Plaintiffs was offered emergency medical transportation.

Plaintiff was taken to Alta Bates/Summit Hospital Triage Unit by a friend the same day of the accident.

Plaintiff had to wear a Soft Cast Splint and use Crutches for Six (6) weeks.

The injury was very painful, and the feeling did not return until the next day.

After the first few days, Plaintiff (Right) Shoulder began Ache with pain.

Respectfully Submitted _____

Minnie L. Espino

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | | Telephone | FOR COURT USE ONLY |
|---|---|---|---|
| Minnie L Espino<br>720 Solano Avenue<br>Albany, CA 94706<br>E-MAIL | | (510) 528-4299<br><br>FAX | ENDORSED<br>FILED<br>ALAMEDA COUNTY |
| ATTORNEY FOR (Name): | IN PROPRIA PERSONA | | AUG 1 7 2007 |

Alameda County Superior- Rene C Davidson - Alameda County Courthouse

| STREET ADDRESS: | 1225 Fallon St. |
|---|---|
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | Oakland, CA 94612 |
| BRANCH NAME: | Alameda County Courthouse |

CLERK OF THE SUPERIOR COURT
By ___BARBARA LAMOTTE___
                                    Deputy

| PLAINTIFF: | Minnie L Espino | CASE NUMBER:<br>RG07339743 |
|---|---|---|
| DEFENDANT: | Delilvery Program Bay Valley District Le | |
| **PROOF OF SERVICE** | | FILE NUMBER<br>2007008381 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    f. other (specify documents):    **SUMMS&COMPLAINT, CIVIL COV SHEET, ADMIN TORT, MEMO OF POINT,
    DECLARATION, CLM FOR DAMAGE, PERS INJURY CLM, SUMMARY, CLAIM**

3. a. Party served:    **Bay Delivery Bay Valley District Legal**

    b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **by serving Yolanda Lewis, Tort Claims Coordinator**

4. Address where party was served:    **1675 7th Street - Rm 125M
    Oakland, CA 94615**

5. I served the party

    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 8/9/2007 (2)at: 12:54 PM.

7. Person who served papers:

    a. Name: **M.A. Taylor, Deputy**

    b. Address: **Sheriff's Civil Unit Room 104 1225 Fallon St. Oakland, CA 94612**

    c. Telephone number: **(510) 272-6910**

    d. The fee for service was: **$30.00 (Waived)**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.    A. TAYLOR #1162

Date: August 14, 2007

Sheriff's Authorized Agent
Gregory J. Ahern, Sheriff-Coroner

Hearing: <No Information>
Remarks: **Served.**

Judicial Council form POS-010                    Mail Copy                                    127627

EXHIBIT B

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S. WANG (CSBN 233155)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6967
6  Facsimile:  (415) 436-6748
   Email:  jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendant
8  United States Postal Service

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  MINNIE L. ESPINO,                  )
                                       )   CASE NO. C
13                Plaintiff,           )
                                       )
14        v.                           )   **NOTICE OF REMOVAL**
                                       )
15  UNITED STATES POSTAL SERVICE,[1]   )
                                       )                                   **BZ**
16                Defendant.           )
                                       )
    _____)
17
          TO:   Clerk, Superior Court
18              County of Alameda
                1225 Fallon Street
19              Oakland, California 94612

20              Minnie L. Espino
                720 Solano Avenue
21              Albany, California 94706

22       PLEASE TAKE NOTICE that on this day Case No. RG07339743 pending in the Alameda

23  County Superior Court is being removed to the United States District Court for the Northern District

24  of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1442(a)(1), 1339 and 39 U.S.C. § 409(a) on

25  behalf of federal defendant United States Postal Service.  Upon direction by the Attorney General of

26

27       [1]    The Defendant has been changed in the caption from "Delivery Program, Bay Valley
    District, Legal Division" to the United States Postal Service.
28

    NOTICE OF REMOVAL
    Espino v. US Postal Service              1

1  the United States, the undersigned attorneys hereby present the following facts to the Judges of the
2  United States District Court for the Northern District of California.

3      1. On August 8, 2007, plaintiff Minnie L. Espino filed a personal injury complaint in the
4  Alameda County Superior Court seeking damages from "Delivery Program, Bay Valley District Legal
5  Division." Plaintiff is apparently suing two postal offices: the Delivery Programs office in Oakland,
6  California and the Law Department in St. Louis, Missouri. These offices are part of the U.S. Postal
7  Service. Plaintiff's suit arises out of an injury she allegedly sustained on November 7, 2006 in the
8  Civil Center Post Office in Oakland, California.

9      2. On or about August 9, 2007, the Postal Service received a copy of the Summons and
10 Complaint. Copies of the Summons, Complaint, and Civil Case Cover Sheet are attached as Exhibit
11 A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have
12 been received. No trial has been had in this action.

13     3. This action must be removed to federal district court because it is a tort action against the
14 Postal Service, an agency of the United States. This action must also be removed to federal district
15 court because it involves a federal question. Original jurisdiction lies in a federal forum under 28
16 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States),
17 under 28 U.S.C. § 1339 (civil actions relating to the postal service), and other applicable authorities,
18 including, but not limited to, the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq., and 39
19 U.S.C. § 409(c).

20     4. A copy of this Notice is being filed with the Clerk of the Alameda County Superior Court.
21 That filing will automatically effect the removal of the action described above, in its entirety to this
22 Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

23                             Respectfully submitted,

24                             SCOTT N. SCHOOLS
25                             United States Attorney

26 DATED: September 10, 2007    By:

27                             JENNIFER S. WANG
                            Assistant United States Attorney

28

NOTICE OF REMOVAL
Espino v. US Postal Service          2

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-6967
6      Facsimile:   (415) 436-6748
       Email:       jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   MINNIE L. ESPINO,                    )    No. C 07-4642 MHP
12                                       )
                     Plaintiff,          )
13                                       )    **DECLARATION OF JOSEPH R.**
                  v.                     )    **DOYLE IN OPPOSITION TO**
14                                       )    **PLAINTIFF'S MOTION TO REMAND**
   UNITED STATES POSTAL SERVICE and )
15 JOHN E. POTTER, Postmaster General of )   Date:  TBD
   the United States Postal Service,     )    Time:  TBD
16                                       )    Courtroom 15, 18th Floor
                     Defendants.         )
17                                       )
                                         )
18 _____)
19

20 I, Joseph R. Doyle, declare as follows:

21      1.    I am an attorney for the United States Postal Service ("Postal Service") and make

22 this declaration in opposition to plaintiff's motion to remand. The statements contained in this

23 declaration are within my personal knowledge.

24      2.    The Postal Service received a summons in the above-captioned case on or about

25 August 9, 2007.  A true and correct copy of the summons is attached as Exhibit 1.

26 ///

27 ///

28

1    3.    Based on my review of the relevant documents and my record of correspondence

2  with the postal official who was served with the summons and complaint, it appears that the

3  Postal Service was first served with a copy of the summons and complaint on August 9, 2007.

4    I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6    Executed on October 4, 2007 at St. Louis, Missouri.

7

8                                    /s/
                                _____
9                                    Joseph R. Doyle

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOYLE DECL. ISO OPPOSITION TO MOTION TO REMAND
C 07-4642 MHP                              2

# EXHIBIT C

DELIVERY PROGRAMS
BAY VALLEY DISTRICT



**UNITED STATES**
**POSTAL SERVICE**

January 22, 2007


MINNIE ESPINO
720 SOLANO AVE
ALBANY CA 94706-1501

Re:  Administrative Tort Claim
Claim No:  070065

Dear Ms. Espino:

I am in receipt of a Standard Form 95, Claim for Damage, Injury or Death which you
submitted as a result of an alleged accident on November 20, 2006 in Oakland,
California.

The claim form is invalid because it fails to specify a sum certain.  In addition, there
was no documentation submitted in support of your claim.  The instructions on the
reverse side of the form outline the requirements in presenting a personal injury
claim.  Please review those instructions.  I am enclosing another blank claim form
and a postage-paid envelope for your convenience.

If you have any questions, my telephone number is provided below.

Sincerely,

Yolanda Washington
Tort Claims Coordinator

Enclosures


1675 7TH ST RM 125M
OAKLAND CA 94615-9331
(510) 874-8744
FAX: (510) 433-7544

DELIVERY PROGRAMS
BAY VALLEY DISTRICT


**UNITED STATES
POSTAL SERVICE**

December 7, 2006

MINNIE ESPINO
720 SOLANO AVE
ALBANY CA 94706-1501

Re: Administrative Tort Claim
Claim No: 070065

Dear Ms. Espino:

Enclosed are two Standard Forms 95, Claim for Damage, Injury or Death which you
requested as a result of an alleged incident on November 20, 2006 in Oakland,
California.

If your intent is to file a claim, please complete one of the forms and return to this
office. Supporting documentation as noted on the reverse side of the form must be
submitted with the claim. Please review those instructions. I have enclosed a
postage-paid return envelope for your convenience.

If you have any questions, my telephone number is provided below.

Sincerely,

Yolanda Washington
Tort Claims Coordinator

Enclosures

1675 7TH ST RM 125M
OAKLAND CA 94615-9331
(510) 874-8744
FAX: (510) 433-7544

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO.
1105-0008

1. Submit To Appropriate Federal Agency:

DELIVERY PROGRAMS SUPPORT
U S POSTAL SERVICE
OAKLAND DISTRICT
1675 7th ST  RM 125-M
OAKLAND CA 94615-9331

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)

Minnie L. Espirad
720 Solano Ave
Albany, CA 94706

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | | Divorce | Monday, November 20, 2006 | 7 am |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

Monday, November 20, 2006, I was coming down stairs from the Second Floor of the Civic Center Post Office. The Hand Rail was slippery and sprayy with yellow tape, causing my hand to slip and loose my step. My left ankle was injured on the marble steps severely. I went to Summit Hospital the same day.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Claimant Minnie L. Espirad

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

The Marble Steps at the Civic Center Post Office Endoors, Does not have Grip tape and is slippery or Has

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

My left Ankle was Severely Injured.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | | **ADDRESS** (Number, street, city, State, and Zip Code) |
| Matthew Washington | | 726 Solano Ave Albany, Calg. 94706 |

12. (See instructions on reverse)

**AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Injured Ankle Med Treatmt Thera | Unknown at Treatment $20,000. | N/A | Approx $20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Minnie Espirad | (510) 528-4299 | 11/20/06 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br>DELIVERY PROGRAMS SUPPORT<br>U S POSTAL SERVICE<br>OAKLAND DISTRICT<br>1675 7th ST RM 125-M<br>OAKLAND CA 94615-9331 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, State and Zip Code)<br>Minnie L. Expani<br>720 Solono Ave<br>Albany, Ca 94706 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Divorced | 6. DATE AND DAY OF ACCIDENT<br>11/20/06 | 7. TIME (A.M. OR P.M.)<br>11:16:30 Am |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On 11/20/06, Claimant, Minnie Expani, Sustained an Injury on the very handle and ligments. The Sprained Ankle and Injured ligments are still very Painful and Does Need theraphy. Claim # 070065

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Lisa Cantew Building, 201 13th St 2nd Floor Steps

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

The Property is a Business at 201 13th Street, Very slippery Cope on the stair Rail

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Claimant Sustained an Ankle Injury and Injured ligment that is very Painful. The Ankle was sprained.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Matthew Washington | 1386 102nd Ave, Oak, Ca 94603 |

| 12. (See instructions on reverse) | **AMOUNT OF CLAIM (in dollars)** | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| $100,000.00 | N/A | $100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>Minnie Expani | 13b. Phone number of signatory<br>(510) 528-6299 | 14. DATE OF CLAIM |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. [See 31 U.S.C. 3729.] | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109<br>Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

Medical Center
Summit Campus

DATE: 11/20/06

| IV SITE | | GA: | TIME | ☐ FIELD START INITIALS | | | | MEDICATIONS/DOSE | TIME | ROUTE | SITE | RESP ONSE | INIT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV SITE | | GA: | TIME | INITIALS | | | | | | | | | |
| IV SITE | | GA: | TIME | INITIALS | | | | | | | | | |

| TIME | BAG # | IV'S | AMT. ABS | RATE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ FIELD START | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | DT 0.5 ml Lot # | | Exp. Date | | | | | | | |
| | | | | RESPONSE: A = IMPROVED    B = SAME    C = WORSE | | | | | | | | |

| TIME/INITL | | | | | | | UPG (circle one) pos. neg. | DIP UA | EKG | TREATMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B/P | 130/72 | | | | | | | | | ☐ FOLEY    ☐ QUICKCATH | | | |
| HR | 72 | | | | | | | | TIME | ☐ LAB DRAW TIME _____ SITE _____ | | | |
| RR | 16 | | | | | | Time | | | ☐ OXYGEN BY _____ FLOW RATE _____ | | | |
| T | | | | | | | | | MD VIEW | ☐ CARDIAC MONITOR / ☐ B/P MONITOR / ☐ OXYGEN SAT MONITOR / ☐ WOUND IRRIGATION | | | |
| PAIN | /10 | /10 | /10 | /10 | /10 | /10 | Init | TIME | TIME | ☐ SLING    ☐ ICE BAG / ☐ SPLINT | | | |
| SaO₂ | % RA L N/C M | % RA L N/C M | % RA L N/C M | % RA L N/C M | % RA L N/C M | % RA L N/C M | INIT | | MD VIEW | ☑ CRUTCHES: GAIT TRAINING WITH RETURN DEMONSTRATION | | | |

| I & O | PO | TIME | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (U)Urine | INTAKE | | | | | | | | | | I: | |
| | (G)Gastric | | | | | | | | | | | | |
| | (D)Diarrhea | OUTPUT | | | | | | | | | | O: | |

| TIME | BRIEF NARRATIVE | INITIALS |
|---|---|---|
| 1310 | 64 yo ♀ admitted to ER - 2 room #1 | AR |
| 1315 | Amb from wr | AR |
| 1331 | to xray amb c̄ RN escort back from xray via w/c to xray rm | AR |
| 1411 | PA Harris in to see pt | AR |
| 1430 | gel splint place - crutches given, demonstrated proper crutch technique | AR |
| 1431 | d/c'ed home amb out c̄ ♀ 2 | AR |

| INITIAL | SIGNATURE | TITLE | INITIAL | SIGNATURE | TITLE |
|---|---|---|---|---|---|
| AR | ARW PA | | | | |

PATIENT DISPOSITION: _____ TIME: 1431
☑ Discharge  ☐ Home  ☐ Instructions rec'd and understood
☐ Transfer to _____
☐ Admit to _____
☐ w/RN  ☐ w/port Oxygen  ☐ w/cardiac monitor
☐ Expired  time _____
Report to: _____ time _____

Transportation
☐ PVT auto
☑ w/designated driver
☐ Taxi
☐ Ambulance
☑ Ambulatory
☐ Wheelchair
☑ Crutches
☐ Gurney

86-7024-2B (10/05)

**ESPINO,MINNIE L**
0853495    0632400771    NEQC
                                        E/R
ER,PHYSICIAN                E/R
                                        cg17188

**EMERGENCY DEPARTMENT NURSES NOTES**

000013013    EMER DEPT RECORD

LAW DEPARTMENT
ST. LOUIS OFFICE

 **UNITED STATES**
**POSTAL SERVICE**

July 16, 2007

Ms. Minnie L. Espino
720 Solano Avenue
Albany, California 94706-1501

> **Re:   Your Personal Injury Claim**
> **DOI: 11/20/06**
> **Our File No. NT200725347**

Dear Ms. Espino:

I am writing to acknowledge receipt of the Standard Form 95, *Claim for Damage, Injury, or Death*, you filed wherein you allege you were injured at the Civic Center Post Office on November 20, 2006 in Oakland, California.

Please be advised that before I can consider this claim it must be supported by competent evidence, including but not limited to medical records (narratives and itemized billing statements) from any and all health care providers who rendered treatment to your client for the injuries she allegedly received as a result of this incident.

Your claim submission included five (5) pages of medical records from Summit Medical Center. If you have received treatment from any other medical providers for injuries sustained in this accident, please submit them to my attention at the address below.

Sincerely,

Gwen Murray
Tort Claims Adjudicator

/gem
cc:    Ms. Yolanda Lewis, Tort Claim Coordinator
       Your File No. 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A

P. O. Box 66640
ST. LOUIS, MO 63166-6640
314-872-5132
FAX: 202-406-4626

LAW DEPARTMENT
ST. LOUIS OFFICE



**UNITED STATES**
**POSTAL SERVICE**

July 18, 2007

**CERTIFIED MAIL – 7007 0220 0004 2744 3064**
**RETURN RECEIPT REQUESTED**

Ms. Minnie L. Espino
720 Solano Avenue
Albany, California 94706-1501

> Re:   **Your Personal Injury Claim**
>       **DOI: 11/20/06**
>       **Our File No. NT200725347**

Dear Ms. Espino:

This is in reference to the administrative claim you filed under the provisions of
the Federal Tort Claims Act, as a result of injuries allegedly sustained on or
about November 20, 2006.

The Postal Service is not legally obligated to pay all losses which may occur, but
only those caused by the negligent or wrongful act or omission of an employee
acting in the scope of his/her employment. We are guided in our determination
by all the information available to us, including the reports of our personnel and
any other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to establish a
negligent act or omission on the part of the U.S. Postal Service or its employees.
While we regret any injury that may have occurred, we cannot accept legal
liability for these alleged damages. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied
with the Postal Service's final denial of an administrative claim, a claimant may
file suit in a United States District Court no later than six (6) months after the date
the Postal Service *mails* the notice of that final action. Accordingly, any suit filed
in regards to this denial must be filed no later than six (6) months from the date of
the mailing of this letter, which is the date shown above.   Further, note the
United States of America is the only proper defendant in a civil action brought
pursuant to the Federal Tort Claims Act and such suit may be heard only by a
federal district court.

P. O. Box 66640
St. Louis, MO 63166-6640
314-872-5132
Fax: 202-406-4626

Ms. Minnie L. Espino
July 18, 2007
Page 2

Alternatively, and in accordance with the regulations set out at 39 C.F.R.
912.9(b), prior to the commencement of suit and prior to the expiration of the six
(6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized
agent, or legal representative, may file a written request for reconsideration with
the postal official who issued the final denial of the claim. Upon the timely filing of
a request for reconsideration, the Postal Service shall have six (6) months from
the date of filing in which to make a disposition of the claim and the claimant's
option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the
filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have
been filed when received in this office.

Sincerely,

Gwen Murray
Tort Claims Adjudicator

/gem
cc:    Ms. Yolanda Lewis, Tort Claim Coordinator
       Your File No. 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A

P. O. Box 66840
St. Louis, MO 63166-6840
314-872-5120
Fax: 314-872-5194

Minnie L. Espino
720 Solano Avenue
Albany, Ca 94706
[510] 528-4299

## UNITED STATES DISTRICT COURT
### San Francisco Division

**December 17, 2007**

Minnie L. Espino
          Plaintiff,
       Vs

**Case Number C074642** *M Hp*

U S Postal Service, John E. Potter
Post Master General For Bay Delivery
Program and Bay Valley District
          Defendants'

U S Attorneys'
Scott N. School
Jennifer Wang
450 Golden Gate Avenue
San Francisco, Ca 94102
[415] 436-6967

### Re: Request For Waiver Of Process Services

Notice To All Parties,

Plaintiff Minnie L. Espino Request Waiver Of Process For The Following
Reasons:
Plaintiff is experiencing a Financial Hardship, and can not afford the Fee
Cost for Process Serve of documents filed in this Court.

Respectfully *Minnie L. Espino*

Minnie L. Espino

December 17, 2007.
CC: Joseph Doyle,
U S Postal Service Attorney

Attorneys et al for
Minnie L. Espino
720 Solano Avenue
Albany, California 94706
[510] 528 - 4299


## UNITED STATES DIST6RICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

MINNIE L. ESPINO et al
                    Plaintiff
          VS.
U S POSTAL SERVICE, JOHN E. POTTER
FOR BAY DELIVERY PROGRAM,
BAY VALLEY DISTRICT                    **CASE # CO7 4642BZ**
                    Defendants'        **MOTION FOR  SPECIAL**
                                       **APPOINTMENT TO**
                                       **PROCESS**
**JUDGE PETAL**
**COURTROOM 15, 18th FLOOR**

Pursuant to rule 4[c], Federal Rule of Civil Procedure , Plaintiff, Minnie L.
Espino  moves this Court  to Specifically  Appoint a Court Clerk to Serve the
Summons and Amended Complaint on Defendants' Attorney.

Jennifer Wang
450 Golden Gate Avenue
San Francisco, California 94102
[415] 436 - 6967

The Appointed Person  for Process Serve will be over the age of Eighteen and is
not a Party to this Action


December 17, 2007

PAGE TWO

ORDER

IT IS SO ORDERED  THIS_____DAY OF DECEMBER 2007,, THAT

_____BE APPOINTED  TO  SERVE THE SUMMONS AND AMENDED COMPLAIN T ON DEFENDANTS' ATTORNEY, JENNIFER WANG .

THE PROOF OF SERVICE IS IN ACCORDANCE TO THE APPOINTED
PERSONS AFFIDAVIT  TO RULE OF COURT, RULE 4[g] FEDERAL RULE OF CIVIL PROCEDURES.

Minnie L. Espino

BY THE COURT

_____
UNITED STATE DISTRICT COURT

CASE NUMBER CO7 4642 BZ

December 17, 2007