**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S FURTHER CASE MANAGEMENT STATEMENT**

<u>Minnie L. Espino v. United States Postal Service</u>
Case No. CV 07-4642 MHP

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **ELECTRONIC MAIL**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 3, 2008 at San Francisco, California.


\_\_\_/s/_____
BONNY WONG
Legal Assistant