United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINNIE L. ESPINO,

        Plaintiff(s),

  v.

U.S.POSTAL SERVICE,

        Defendant(s).
_____/

No. C 07-04642 MHP

**CLERK'S NOTICE**
**(Rescheduling Status Conference)**

     Due to the unavailability of court, the parties are hereby notified that the status conference in this matter currently set for March 10, 2008,  has been rescheduled and will be held **March 17, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.

Richard W. Wieking
Clerk, U.S. District Court

Dated:  March 10, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140