**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 17, 2008

Case No.   C 07-4642  MHP                     Judge: MARILYN H. PATEL

Title: MINNIE L. ESPINO -v- US POSTAL SERVICE

Attorneys:  Plf:  Minnie Espino
            Dft: Jennifer Wang

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Any remaining defendants excluding USA, are dismissed by this court's bench order; Motion for appointment of counsel denied at this time; Answer to be filed within 30 days;

Matter referred to ADR for appointment of counsel for settlement purposes;

A further status conference set for 6/16/2008 at 3:00 pm, with a joint statement to be filed one week prior.