1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINNIE ESPINO,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br>　　　　Defendant. | Case No. 07-4642 MHP<br><br>**DECLARATION IN SUPPORT OF APPLICATION FOR ASSIGNMENT TO THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

I, _Minnie L. Espino_, am the plaintiff/defendant (circle one) in this case and apply for placement of this case into the court's Assisted Settlement Conference Program. In support of this application, I declare as follows:

   1.   REPRESENTATION. I am not represented by an attorney and no attorney has made an appearance for me in this case.

   2.   SETTLEMENT CONFERENCE. I understand that a settlement conference will be scheduled in this case to explore if a mutually satisfactory agreement resolving all or part of this case

DECLARATION IN SUPPORT OF APPLICATION
FOR ASSIGNMENT TO THE ASSISTED SETTLEMENT
CONFERENCE PROGRAM

1 can be reached. I believe my participation in a settlement conference would be facilitated if I
2 received assistance in participating in such a settlement conference.

3     3.     ASSISTED SETTLEMENT CONFERENCE PROGRAM. I understand that if this is
4 referred to the Assisted Settlement Conference Program, I will be offered the assistance of
5 Settlement Counsel to help me prepare for, participate in, and pursue follow up to a settlement
6 conference. I also understand that the role of Settlement Counsel is only to educate and assist my
7 preparation for, participation in, and follow up to the settlement conference.

8     4.     LIMITED ASSISTANCE. I understand that the help provided by Settlement Counsel
9 is limited to assisting me in connection with the settlement conference. Accordingly, I:

10     (a)     Understand that Settlement Counsel will provide no other service of any kind in this
11 case.

12     (b)     Agree that the scope of Settlement Counsel's duties to me will extend no further than
13 is necessary to educate me and assist me to prepare for, participate in, and follow up on the
14 settlement conference.

15     (c)     Acknowledge that Settlement Counsel's responsibility to help educate me about the
16 process will not involve any control of the case or the settlement conference.

17     (d)     Acknowledge and agree that Settlement Counsel will not analyze my overall legal
18 needs, conduct independent investigation of my case, or represent me in such matter.

19     (e)     Understand that Settlement Counsel will not advise me about the need to contact
20 other counsel for purposes of obtaining legal advice.

21     5.     PRO SE STATUS. I acknowledge that I continue to provide my own representation
22 in this case and in the settlement conference and that Settlement Counsel will only assist and educate
23 me in this endeavor. I further acknowledge that I have made reasonable efforts to find an attorney
24 willing to represent me in this case, but have been unable to retain an attorney on terms that I can
25 afford.

26     6.     NO CONTRACT. I understand and agree that I have no contractual relationship with
27 Settlement Counsel for legal or other services, and that I will enter into no contract with Settlement
28

DECLARATION IN SUPPORT OF APPLICATION
FOR ASSIGNMENT TO THE ASSISTED SETTLEMENT
CONFERENCE PROGRAM     2

1 Counsel during the time this case is in the Assisted Settlement Conference Program, absent a written
2 order by the court permitting such a contract.

3   7.   EXPERIMENTAL PROGRAM. I understand that the Assisted Settlement
4 Conference Program is an experimental program. I have assessed the prospect of a settlement
5 conference and acknowledge that there is no foreseeable harm that I will suffer in the failure of the
6 settlement conference to resolve the case, improve case management, enhance party satisfaction or
7 understanding of the case, or achieve any other goals of the settlement conference.

8   8.   EVALUATION. I agree to participate in the evaluation of the Assisted Settlement
9 Conference Program, and to allow any person authorized by the court to evaluate the Program to
10 attend the settlement conference session, all court proceedings concerning this Assisted Settlement
11 Conference Program, and any preparatory or follow-up meetings for the settlement conference. I
12 further consent to Settlement Counsel responding to any inquiries about the case from any such
13 person authorized by the court to evaluate the Program.

14   9.   I confirm that I have carefully considered the limited assistance provided by the
15 Assisted Settlement Conference Program and confirm that my decision to apply to enter the program
16 is made knowing that the limited role to be played by Settlement Counsel is to provide only
17 education and assistance in the settlement conference.

18   I declare under penalty of perjury under the laws of the State of California that the foregoing
19 is true and correct.

20 Dated: *April 21, 2008*

Signature

Name (Printed)

DECLARATION IN SUPPORT OF APPLICATION
FOR ASSIGNMENT TO THE ASSISTED SETTLEMENT
CONFERENCE PROGRAM                         3