FILED

JUN 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MINNIE ESPINO,
    Plaintiff in Propia Persona,

v.

UNITED STATES,
    Defendant(s).

No. C 07-4642 MHP

ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM

    Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment at the Case Management Conference that she has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

    IT IS HEREBY ORDERED:

    1.    That the case be assigned to the Assisted Settlement Conference Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(b) and 6-3(c);

///

2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

3. That the Settlement Conference shall be completed within ninety (90) days of the date of this order.

IT IS SO ORDERED.

6/3/08
Dated

By: _____
Marilyn Hall Patel
United States District Judge