UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MINNIE L. ESPINO,

        Plaintiff,

  v.

U.S.POSTAL SERVICE et al,

        Defendant.

Case Number: CV07-04642 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

Jeannine Sano
Howrey LLP
1950 University Avenue, 4th Floor
Suite 500
East Palo Alto, CA. 94303

Alyson Barker
Howrey LLP
4 Park Plaza
#1700
Irvine, CA. 92614

Dated: June 13, 2008

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk