**FILED**

JUN 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MINNIE ESPINO,
        Plaintiff in Propia Persona,

v.

UNITED STATES,
        Defendant(s).
        /

No. C 07-4642 MHP

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and plaintiff having requested and being in need of counsel to assist her in the settlement conference, and two volunteer attorneys willing to be appointed for the limited purpose of representing plaintiff in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

Jeannine Sano
Howrey LLP
1950 University Avenue, 4th Floor
Suite 500
East Palo Alto, CA 94303
Phone: 650-798-3636
Fax: 650-798-3600
sanoj@howrey.com

Alyson Barker
Howrey LLP
4 Park Plaza #1700
Irvine, CA 92614
Phone: 949-721-6900
Fax: 949-721-6910
barkera@howrey.com

are appointed as Special Assisted Settlement Conference Counsel. This appointment shall be

pursuant to the terms of plaintiff's application in the Assisted Settlement Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities agreed upon by the parties and the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

Special Assisted Settlement Conference Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Special Settlement Conference Counsel from their limited representation of the plaintiff. Thereafter, the attorneys who have served as Special Settlement Conference Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which they agree to provide such legal services.

IT IS SO ORDERED.

June 2, 2008       By:       _____
Dated                                  Marilyn Hall Patel
                                       United States District Judge

G:\ADRALL\ASCP\Cases\07-4642-MHP Espino v. USA\Order Appointing Counsel.wpd