1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7
8

MINNIE L. ESPINO,                                    No. C 07-04642 MHP

9

         Plaintiff(s),                    **CLERK'S NOTICE**
                                                     **(Rescheduling  Status Conference)**

10

  v.

11

U.S.POSTAL SERVICE,

12

         Defendant(s).
_____/

13
14
15

      The parties are hereby notified that the status conference in this matter currently set for June

16

16, 2008,  has been rescheduled and will be held, October 6, 2008 at 3:00 p.m., before the Honorable

17

Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.

18

A joint supplemental status report shall be filed not later than ten days prior to the conference.

19
20

Richard W. Wieking
Clerk, U.S. District Court

21
22
23

Dated:  June 13, 2008                                Anthony Bowser, Deputy Clerk to the
                                                     Honorable Marilyn Hall Patel
24                                                   (415) 522-3140

25
26
27
28

**United States District Court**
For the Northern District of California