Jeannine Yoo Sano (174190)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: sanoj@howrey.com

Alyson G. Barker (244672)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: barkers@howrey.com

Attorneys for Plaintiff MINNIE L. ESPINO

Joseph P. Russoniello (44332)
United States Attorney
Joann M. Swanson (88143)
Chief, Civil Division
Jennifer S. Wang (233155)
Assistant United States Attorney
450 Goldon Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6967
Facsimile: (415) 436-6748

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MINNIE L. ESPINO, | ) Case No. C 07-4642 MHP |
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF TIME FOR ASSISTED SETTLEMENT CONFERENCE** |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) Hon. Marilyn Hall Patel |
| Defendants. | ) |

The parties have met and conferred and agree that an extension of time will be needed to complete the Assisted Settlement Conference. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the June 13, 2008 Order Assigning Case to Assisted Settlement Program be modified as follows:

| Event | June 13, 2008 Order Assigning Case to Assisted Settlement Program | Proposed Date |
|---|---|---|
| Completion of Assisted Settlement Conference | September 11, 2008 | October 8, 2008 |

DATED: July 28, 2008

Respectfully submitted,

HOWREY LLP

By: ___/s/   Jeannine Yoo Sano___
    Jeannine Yoo Sano

Attorney for Plaintiff MINNIE L. ESPINO

DATED: July 28, 2008

Respectfully submitted,

By: ___/s/   Jennifer S. Wang___
    Jennifer S. Wang
    Assistant United States Attorney

Attorney for Defendant UNITED STATES OF AMERICA

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jennifer Wang.

DATED: July 28, 2008

By ___/s/   Alyson G. Barker___
   Alyson G. Barker

Attorney for Plaintiff MINNIE L. ESPINO

-1-

Case No. C 07-4642 MHP
Stipulation for Extension of Time for
Assisted Settlement Conference

DM_US:21363710_1