1  Jeannine Yoo Sano (174190)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4  Email: sanoj@howrey.com

5  Alyson G. Barker (244672)
   HOWREY LLP
6  4 Park Plaza, Suite 1700
   Irvine, CA 92614-2559
7  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
8  Email: barkers@howrey.com

9  Attorneys for Plaintiff MINNIE L. ESPINO

10 Joseph P. Russoniello (44332)
   United States Attorney
11 Joann M. Swanson (88143)
   Chief, Civil Division
12 Jennifer S. Wang (233155)
   Assistant United States Attorney
13 450 Goldon Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
14 Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
15
   Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO, | ) Case No. C 07-4642 MHP |
| Plaintiff, | ) **DECLARATION OF ALYSON G. BARKER** |
| | ) **IN SUPPORT OF STIPULATION FOR** |
| vs. | ) **EXTENSION OF TIME FOR ASSISTED** |
| | ) **SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | ) |
| Defendants. | ) Hon. Marilyn Hall Patel |
| | ) |

Case No. C 07-4642 MHP
Declaration of Barker in Support of Stipulation for
Extension of Time for Assisted Settlement Conference

DM_US:21363710_1

1  I, Alyson G. Barker, declare as follows:

2  1. I am an attorney admitted to practice in the State of California and the United States
3  District Court for the Northern District of California, and am an associate at Howrey LLP, attorneys of
4  record for Ms. Espino for purposes of the Assisted Settlement Conference Program.  The matters
5  referred to in this declaration are based on my personal knowledge and if called as a witness I could,
6  and would, testify competently to those matters.

7  2. The factual representations made above in the Stipulation are true.  The parties have
8  met and conferred and agreed that the amount of time permitted to complete the Assisted Settlement
9  Conference should be extended until October 8, 2008.

10  3. There have not been any prior modifications to the Court's June 13, 2008 Order
11  Assigning Case to Assisted Settlement Program.  The requested extension of the schedule will effect
12  the Court's June 13, 2008 Order Rescheduling the Status Conference for October 6, 2008.

13  4. The only available dates during the months of August and September in Magistrate
14  Judge Elizabeth D. LaPorte's schedule are not possible for all parties and settlement counsel to attend.
15  October 8, 2008 is therefore the first possible date on Magistrate Judge Laporte's calendar where all
16  parties and their counsel are able to attend the assisted settlement conference.

17  I declare under penalty of perjury under the laws of the United States of America that the
18  foregoing is true and correct and that this declaration was executed on July 28, 2008 in Irvine,
19  California.

        /s/   Alyson G. Barker
        Alyson G. Barker

-1-

Case No.  C 07-4642 MHP
Declaration of Barker in Support of Stipulation for
Extension of Time for Assisted Settlement Conference

DM_US:21363710_1