1  Jeannine Yoo Sano (174190)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4  Email: sanoj@howrey.com

5  Alyson G. Barker (244672)
   HOWREY LLP
6  4 Park Plaza, Suite 1700
   Irvine, CA 92614-2559
7  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
8  Email: barkers@howrey.com

9  Attorneys for Plaintiff MINNIE L. ESPINO

10 Joseph P. Russoniello (44332)
   United States Attorney
11 Joann M. Swanson (88143)
   Chief, Civil Division
12 Jennifer S. Wang (233155)
   Assistant United States Attorney
13 450 Goldon Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
14 Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
15
   Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MINNIE L. ESPINO, | ) Case No. C 07-4642 MHP |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **EXTENSION OF TIME FOR ASSISTED** |
| vs. | ) **SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | ) |
| Defendants. | ) Hon. Marilyn Hall Patel |

1  The court having reviewed the Stipulation for Extension of Time for Assisted Settlement Conference, and good cause appearing,

IT IS HEREBY ORDERED that the time for completion of the settlement conference shall be extended to _____, 2008.

Dated:   _____, 2008

_____
Honorable Marilyn Hall Patel
Judge, United States District Court

-1-

Case No.  C 07-4642 MHP
[Proposed] Order Granting Extension of
Time for Assisted Settlement Conference

DM_US:21363710_1