1  Jeannine Yoo Sano (174190)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA  94303
3  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
4  Email: sanoj@howrey.com

5  Alyson G. Barker (244672)
   HOWREY LLP
6  4 Park Plaza, Suite 1700
   Irvine, CA  92614-2559
7  Telephone:  (949) 721-6900
   Facsimile:  (949) 721-6910
8  Email: barkers@howrey.com

9  Attorneys for Plaintiff MINNIE L. ESPINO

10 Joseph P. Russoniello (44332)
   United States Attorney
11 Joann M. Swanson (88143)
   Chief, Civil Division
12 Jennifer S. Wang (233155)
   Assistant United States Attorney
13 450 Goldon Gate Avenue, Box 36055
   San Francisco, CA  94102-3495
14 Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
15
   Attorneys for Defendant UNITED STATES OF AMERICA
16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO, | Case No. C 07-4642 MHP |
| Plaintiff, | [**PROPOSED**] **ORDER GRANTING EXTENSION OF TIME FOR ASSISTED SETTLEMENT CONFERENCE** |
| vs. | |
| UNITED STATES OF AMERICA, | Hon. Marilyn Hall Patel |
| Defendants. | |

Case No.  C 07-4642 MHP
[Proposed] Order Granting Extension of
Time for Assisted Settlement Conference

DM_US:21363710_1

1  The court having reviewed the Stipulation for Extension of Time for Assisted Settlement

2  Conference, and good cause appearing,

3  IT IS HEREBY ORDERED that the time for completion of the settlement conference shall be

4  extended to  October 8         , 2008.

5  Dated:   July 30         , 2008

_____
Honorable
Judge,

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

Case No. C 07-4642 MHP
[Proposed] Order Granting Extension of
Time for Assisted Settlement Conference

DM_US:21363710_1