1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone:    (415) 436-6967
6      Facsimile:    (415) 436-6748
       Email:        jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendants
8
                 UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   MINNIE L. ESPINO,                )     No. C 07-4642 MHP
12                                   )
                    Plaintiff,       )
13                                   )     **SETTLEMENT AGREEMENT AND**
            v.                       )     **[PROPOSED] ORDER APPROVING**
14                                   )     **SETTLEMENT**
   UNITED STATES OF AMERICA,         )
15                                   )
                    Defendant.       )
16                                   )
                                     )
17 _____)
18
19              **SETTLEMENT AGREEMENT**
20         Plaintiff Minnie Espino and defendant United States of America hereby enter into this
21 Settlement Agreement (the "Agreement"), as follows:
22         1.      The parties hereby agree to settle and compromise *Minnie Espino v. United States*
23 *of America*, United States District Court for the Northern District of California Case Number
24 C 07-04642 MHP (the "Lawsuit"), under the terms and conditions set forth herein.
25         2.      The United States of America agrees to pay plaintiff the sum of One Thousand
26 Five Hundred Dollars ($1,500.00) (the "Settlement Amount") in full settlement and satisfaction
27 of any and all claims, demands, rights, and causes of action of whatsoever kind and nature,
28 arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily

1   and personal injuries, damage to property and the consequences thereof, resulting, and to result,

2   from the same subject matter that gave rise to the Lawsuit for which plaintiff or her heirs,

3   executors, administrators, or assigns, and each of them, now have or may hereafter acquire

4   against the United States of America, its agencies, agents, servants, or employees.

5         3.     Plaintiff and her heirs, executors, administrators, and assigns hereby agree to

6   accept the Settlement Amount in full settlement and satisfaction of any and all claims, demands,

7   rights, or causes of action of whatsoever kind and nature, arising from, and by reason of any and

8   all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to

9   property and the consequences thereof which they may have or hereafter acquire against the

10   United States of America, its agencies, agents, servants, or employees on account of the same

11   subject matter that gave rise to the Lawsuit. Plaintiff and her heirs, executors, administrators,

12   and assigns further agree to reimburse, indemnify, and hold harmless the United States of

13   America, its agencies, agents, servants, and employees from any and all such causes of action,

14   claims, liens, rights, or subrogated or contribution interests incident to or resulting from further

15   litigation or the prosecution of claims by plaintiff or her heirs, executors, administrators, or

16   assigns against any third party or against the United States of America.

17         4.     This Agreement shall not constitute an admission of liability or fault on the part of

18   the United States of America, its agencies, agents, servants, or employees, and is entered into by

19   and between the parties for the purpose of compromising disputed claims and avoiding the

20   expenses and risks of litigation.

21         5.     This Agreement may be pled as a full and complete defense to any subsequent

22   action or other proceeding involving any person or party which arises out of the claims released

23   and discharged by this Agreement.

24         6.     The Settlement Amount represents the entire amount of the compromise

25   settlement. The parties will each bear their own costs, attorneys' fees, and expenses, and any

26   attorneys' fees or liens owed by plaintiff will be paid out of the Settlement Amount and not in

27   addition thereto.

28         7.     It is also understood by plaintiff that, pursuant to Title 28 , Section 2678 of the

United States Code, attorneys' fees for services rendered in connection with this Lawsuit shall not exceed 25 percent of the Settlement Amount.

8.      Payment of the Settlement Amount will be made by a check drawn on the United States Postal Service and will be made payable to "Minnie Espino."

9.      In consideration of the payment of the Settlement Amount and this Agreement, plaintiff agrees that she will also execute a Stipulation of Dismissal, which stipulation shall dismiss with prejudice all claims asserted in this Lawsuit. The fully-executed Stipulation of Dismissal will be held by defendant's counsel and will be filed with the Court upon receipt by plaintiff of the Settlement Amount.

10.     Plaintiff has been informed that payment of the Settlement Amount may take up to sixty days or more after the date of the Agreement to process, but defendant agrees to make good faith efforts to expeditiously process the payment.

11.     The parties agree that should any dispute arise with respect to the implementation of the terms of this Agreement, plaintiff shall not seek to rescind the Agreement and pursue her original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in the United States District Court. The parties agree that the United States District Court will retain jurisdiction over this matter for purposes of resolving any dispute alleging a breach of this Agreement.

12.     In consideration of payment of the Settlement Amount and this Agreement, plaintiff hereby releases and forever discharges the United States of America and any and all of its past and present officials, employees, agencies, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, actions, causes of action, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in the pleadings in the Lawsuit.

13.     California Civil Code Section provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

Plaintiff, having been apprised of such language by her attorney, and fully understanding the

3

1   same, nevertheless waives the benefits of any and all rights she may have pursuant to Section

2   1542 and any similar provisions of federal law.  Plaintiff understands that, if the facts concerning

3   her injuries and the liability of the defendant for damages pertaining thereto are found hereinafter

4   to be other than or different from the facts now believed to be true, this Agreement shall be and

5   remain effective notwithstanding such difference.

6        14.    This instrument shall constitute the entire agreement between the parties, and it is

7   expressly understood and agreed that this Agreement has been freely and voluntarily entered into

8   by the parties with the advice of counsel, who have explained the legal effect of this Agreement.

9   The parties further acknowledge that no warranties or representations have been made on any

10  subject other than as set forth in this Agreement.  This Agreement may not be altered, modified,

11  amended, or otherwise changed in any respect except by writing, duly executed by all parties and

12  their authorized representatives.

13       15.  Attachment A to this Agreement is Defendant's Notice of Independent Medical

14  Examination Pursuant to FRCP 35.

15

16  Dated: ___12/19/08_____

17                                                    MINNIE ESPINO
                                                     Plaintiff

18  Dated: ___12/19/08_____

19                                                    HOWREY LLP
                                                     Approved as to form

20                                                    JEANNINE SANO
21                                                    ALYSON G. BARKER
                                                     MICHAEL C. CHOU
22                                                    Volunteer Settlement Counsel
                                                     for Plaintiff

23  Dated: ___12/19/08_____             JOSEPH P. RUSSONIELLO
24                                                    United States Attorney

25

26                                                    JENNIFER S WANG
                                                     Assistant United States Attorney
27                                                    Attorneys for Defendant

28

Settlement Agreement & [Proposed] Order Approving Settlement
Case No. C 07-04642 MHP                        4

1

2
## [PROPOSED] ORDER

3        THE ABOVE SETTLEMENT AGREEMENT IS APPROVED, AND IT IS SO

ORDERED.

4

5

Dated: January 6, 2009
6



7        HON. MARILYN H. PATEL
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT A

1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   JENNIFER S WANG (CSBN 233155)
    Assistant United States Attorney
4
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone:    (415) 436-6967
         Facsimile:    (415) 436-6748
7        Email:        jennifer.s.wang@usdoj.gov

8   Attorneys for Federal Defendants

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  MINNIE L. ESPINO,                    )   No. C 07-4642 MHP
                                         )
13               Plaintiff,              )
                                         )   **DEFENDANTS' NOTICE OF**
14        v.                             )   **INDEPENDENT MEDICAL**
                                         )   **EXAMINATION PURSUANT TO FRCP**
15  UNITED STATES OF AMERICA,            )   **35**
                                         )
16               Defendant.              )
                                         )
17  _____     )
                                         )
18

19  **TO PLAINTIFF:**

20        PLEASE TAKE NOTICE that pursuant to Rule 35 of the Federal Rules of Civil

21  Procedure, defendant United States of America will schedule an independent medical

22  examination of plaintiff Minnie Espino with **Dr. James Glick**, a licensed orthopedic surgeon, on

23  **December 10, 2008 beginning at 11:15 a.m.**   The examination will take place at 2299 Post

24  Street, Suite 107, San Francisco, California 94115.

25

26                            Respectfully submitted,
                              JOSEPH P. RUSSONIELLO
27                            United States Attorney

28  Dated: December 1, 2008
                              JENNIFER S WANG
                              Assistant United States Attorney

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that she is an employee of the Office of the United

3  States Attorney for the Northern District of California and is a person of such age and discretion

4  to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

5  the following:

6           **DEFENDANTS  NOTICE OF INDEPENDENT
            MEDICAL EXAMINATION PURSUANT TO FRCP 35**

7
                Minnie L. Espino v. United States Postal Service
8                    Case No. CV 07-4642 MHP

9  to be served this date upon the party in this action by placing a true copy thereof in a sealed

10  envelope, and served as follows:

11  **_X_    FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
         the designated area for outgoing U.S. mail in accordance with this office's practice.

12
        **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
13       in the designated area for outgoing U.S. mail in accordance with this office's practice.

14  ____  **ELECTRONIC MAIL**

15  ____  **FEDERAL EXPRESS**

16  ____  **FACSIMILE (FAX)**  Telephone No.:  See Below

17  to the party(ies) addressed as follows:

18
| Minnie L. Espino<br>720 Solano Avenue<br>Albany, CA 94706 | Jeannine Sano<br>Howrey LLP<br>1950 University Avenue, 4th<br>Floor, Suite 500<br>East Palo Alto, CA 94303 | Alyson Barker<br>Howrey LLP<br>4 Park Plaza #1700<br>Irvine, CA 92614 |
| --- | --- | --- |
19

20

21

22      I declare under penalty of perjury under the laws of the United States that the foregoing is

23  true and correct.

24      Executed on December 1, 2008 at San Francisco, California.

25

26
                        BONNY WONG
27                       Legal Assistant

28