UNITED STATES DISTRICT COURT

Northern District of California

MINNIE ESPINO,
        Plaintiff in Propia Persona,

v.

UNITED STATES POSTAL SERVICE,
        Defendant(s).

No. C 07-4642 MHP

**ORDER TERMINATING ASSISTED SETTLEMENT CONFERENCE**

     The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by the Pro Se Plaintiff, special settlement conference counsel was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a settlement conference in this case.

     The settlement conference has concluded and no further session or follow-up is contemplated. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of settlement conference counsel in this case.

     The court extends its thanks to the settlement conference counsel for their efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

     IT IS SO ORDERED.

12/23/08
Date

United States District Judge

G:\ADRALL\Assisted Mediation Program\Order Terminating Assisted Med.wpd