JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967
    Facsimile:  (415) 436-6748
    Email:  jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE L. ESPINO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. C 07-4642 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Settlement Agreement of December 19, 2008 between the parties in this action, it is hereby stipulated and agreed by and between the parties in this action that a Dismissal with Prejudice be entered in this action.

Respectfully submitted,

Dated: ___12/19/08___

MINNIE ESPINO
Plaintiff

Dated: ___12/19/08___

HOWREY LLP
Approved as to form

JEANNINE SANO
ALYSON G. BARKER
MICHAEL C. CHOU
Volunteer Settlement Counsel
for Plaintiff

Dated: ___12/19/08_____     JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      _____/s/_____
                                      JENNIFER S. WANG
                                      Assistant United States Attorney
                                      Attorneys for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed.

IT IS SO ORDERED.

Dated: __1/16/2009_____     _____
                                      HON. MARILYN H. PATEL
                                      United States District Court Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

<u>Minnie L. Espino v. United States Postal Service</u>
Case No. CV 07-4642 MHP

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **ELECTRONIC MAIL**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

Minnie L. Espino
720 Solano Avenue
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 15, 2009 at San Francisco, California.

/s/
BONNY WONG
Legal Assistant